UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| JOSEPH MILLER, | No. 05-35754 |
| --- | --- |
| Plaintiff - Appellant, | D.C. No. CV-03-00266-JWS |
| v. | District of Alaska, Anchorage |
| CORRECTIONS CORPORATION OF AMERICA, | ORDER |
| Defendant - Appellee. | |

The briefing schedule previously set by the court is amended as follows: appellant shall file an opening brief on or before February 6, 2006; appellee shall file an answering brief on or before March 8, 2006; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

FOR THE COURT

Ann Julius
Circuit Mediator

S:\CASES\2005\05-35754\06-1-5-bs.wpd