UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED FILED
FEB 0 9 2006   FEB 0 6 2006
CLERK U.S. DISTRICT COURT   CATHY A. CATTERSON, CLERK
ANCHORAGE, ALASKA   U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH MILLER, | No. 05-35754 |
| Plaintiff - Appellant, | D.C. No. CV-03-00266-JWS<br>District of Alaska,<br>Anchorage |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, | ORDER |
| Defendant - Appellee. | |

The briefing schedule previously set by the court is amended as follows: appellant shall file an opening brief on or before March 8, 2006; appellee shall file an answering brief on or before April 7, 2006; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

The court has determined that this appeal will not be selected for inclusion in the Mediation Program. All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

S:\CASES\2005\05-35754\06-1-5-bs.wpd

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions while the appeal is pending.

FOR THE COURT

*(signature)*

Ann Julius
Circuit Mediator