UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAR 14 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
MAR 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| JOSEPH MILLER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA CENTRAL ARIZONA,<br><br>Defendant - Appellee. | No. 05-35754<br><br>D.C. No. CV-03-00266-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Appellant's unopposed motion for an extension of time to file the opening brief is granted. The opening brief is due March 15, 2006; the answering brief is due April 14, 2006; and the optional reply brief is due 14 days after service of the answering brief.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*Lorela Bragado-Sevillena*
Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note
to Rule 27 and Ninth Circuit Rule 27-10

pro 3.6