**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 28 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
SEP 21 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| JOSEPH MILLER,<br><br>    Plaintiff - Appellant,<br><br>   v.<br><br>CORRECTIONS CORPORATION OF AMERICA CENTRAL ARIZONA,<br><br>    Defendant - Appellee. | No. 05-35754<br><br>D.C. No. CV-03-00266-JWS<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Argued and Submitted August 7, 2007
Anchorage, Alaska

Before: WALLACE, NOONAN, and PAEZ, Circuit Judges.

Joseph Miller appeals from the district court's order granting summary judgment to Corrections Corporation of America ("CCA") for his negligence and third-party breach of contract claims against it. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm the district court's grant of summary judgment to

---

\*   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

CCA for Miller's negligence claim. We reverse, however, the court's grant of summary judgment to CCA for Miller's third-party breach of contract claim.

We review de novo the district court's order granting CCA's motion for summary judgment and must determine whether "there are any genuine issues of material fact and whether the district court correctly applied the relevant substantive law." *Huseman v. Icicle Seafoods, Inc.*, 471 F.3d 1116, 1120 (9th Cir. 2006). In making this determination, we view the facts and draw all reasonable inferences in the light most favorable to Miller. *See Scott v. Harris*, 127 S. Ct. 1769, 1774 (2007).

The district court granted summary judgment to CCA on Miller's negligence claim because it determined that Miller failed to provide sufficient evidence of proximate causation. We agree. Although summary judgment is generally inappropriate where conflicting expert reports are presented, *see Scharf v. U.S. Att'y Gen.*, 597 F.2d 1240, 1242–43 (9th Cir. 1979), Miller's two expert witnesses did not offer opinions contrary to CCA's expert witness, who stated in his affidavit that earlier treatment could not have improved Miller's condition.

The district court granted summary judgment to CCA on Miller's third-party breach of contract claim because it concluded that prisoners were not intended beneficiaries of the contract between CCA and the State of Alaska. In light of the

Alaska Supreme Court's recent decision in *Rathke v. Corrections Corporation of America*, 153 P.3d 303, 310 (Alaska 2007), we reverse. In *Rathke*, the Alaska Supreme Court held that prisoners were intended beneficiaries of the contract and expressly disagreed with the district court's conclusion to the contrary in the instant case. *See id.* at 311 n.33 ("We note that the United States District Court for Alaska has reached the opposite conclusion in a recent case based on Alaska contract law. To the extent that *Miller* is inconsistent with our analysis of the third-party beneficiary question . . ., we disagree with the decision." (citation omitted)). Accordingly, we remand Miller's third-party breach of contract claim to the district court for further proceedings consistent with this disposition.

AFFIRMED in part, REVERSED in part, and REMANDED. Each side shall bear its own costs on appeal.

Signature Redacted

```
INTERNAL USE ONLY: Proceedings include all events.
05-35754 Miller v. Corrections Corp.

JOSEPH MILLER, .                    Joe P. Josephson, Esq.
     Plaintiff - Appellant          907/276-0151
                                    [COR LD NTC ret]
                                    JOSEPHSON and ASSOCIATES
                                    912 W. 6th Avenue
                                    Anchorage, AK 99501


  v.

CORRECTIONS CORPORATION OF          Michael J. Corey, Esq.
AMERICA CENTRAL ARIZONA             FAX 907/276-3907
     Defendant - Appellee           907/276-6363
                                    Suite 1100
                                    [COR LD NTC ret]
                                    SANDBERG WUESTENFELD & CORUI
                                    701 W. Eighth St.
                                    Anchorage, AK 99501

                                    Daniel P. Struck, Esq.
                                    FAX           602
                                    602/263-1700
                                    Suite 800
                                    [COR LD NTC ret]
                                    Eileen Dennis Gilbride, Esq.
                                    FAX 602/200-7827
                                    602/263-1787
                                    Ste. 800
                                    [COR LD NTC ret]
                                    JONES SKELTON & HOCHULI, PLC
                                    2901 N. Central Ave.
                                    Phoenix, AZ 85012
```