UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH MILLER, ., <br><br> Plaintiff - Appellant, <br><br> V. <br><br> CORRECTIONS CORPORATION OF AMERICA CENTRAL ARIZONA, <br><br> Defendant - Appellee. | No. 05-35754 <br> D.C. No. CV-03-00266-JWS <br><br> **JUDGMENT** |



Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART, REVERSED IN PART, REMANDED.** Each side shall bear its own costs on appeal.

Filed and entered 08/28/07

Signature Redacted