Joe P. Josephson, Esq.,
Josephson Law Offices LLC
912 West 6th Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
jjosephson@aol.com
_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH MILLER, ) | |
|     Plaintiff, ) | |
|   V. ) | |
| CORRECTIONS CORPORATION ) OF AMERICA, ) | |
|     Defendant. ) | Case No. 3:03-cv-00266-JWS |

**JOINT REPORT OF THE PARTIES**

Come now plaintiff, JOSEPH MILLER, by and through his attorney, Joe P. Josephson, Esq., Alaska Bar Number 6102018, of Josephson & Associates, P. C., 912 West 6th Avenue, Anchorage, Alaska 99501, and defendant, CORRECTIONS CORPORATION OF AMERICA, by and through its attorney, Michelle Molinario, Esq., of Jones, Skelton & Hochuli, PLC, 2901 North Central Avenue, Suite 8000, Phoenix, Arizona, and respectfully submit the following joint report of counsel and the parties:

    1.  The parties agree that the district court file should be open for further proceedings (not inconsistent with the

PDF created with pdfFactory Pro trial version www.pdffactory.com

opinion of the Court of Appeals for the Ninth Circuit), following remand from that court.

    2.  The defendant has signified to the plaintiff that it wishes and intends to submit an additional dispositive motion for summary judgment.

    3.  Plaintiff and defendant mutually agreed that the said motion, if filed, shall be filed by defendant on or before May 30, 2008.

    4.  Thereafter, plaintiff shall have 15 days from and after the date of service of the motion for summary judgment upon plaintiff's counsel within which to oppose the motion. Plaintiff's Reply, if any, may be filed within the time specified by applicable rules.

    5.  If the motion for summary judgment is denied, then the case should be scheduled to allow a period for final discovery and a trial date following. A scheduling conference at that juncture is recommended, or counsel may be invited to jointly propose possible dates for trial.

    6.  Settlement discussions, if any, are to be held in abeyance pending disposition of the anticipated motion for summary judgment.

    DATED April 5, 2008, at Anchorage, Alaska and at Phoenix, Arizona.

*Miller v. Corr. Corp. of America*, Joint Report of the Parties, page 2

PDF created with pdfFactory Pro trial version www.pdffactory.com

```
                    Respectfully Submitted:

                     /s/ Joe P. Josephson
                          Attorney for Plaintiff


                    /s/   Michele Molinario
                          Attorney for Defendant
```

*Miller v. Correctional Corp. of America*, Joint Report of the Parties, p. 3

PDF created with pdfFactory Pro trial version www.pdffactory.com

PDF created with pdfFactory Pro trial version www.pdffactory.com