Craig Howard, ABA #7911103
Daniel T. Quinn, ABA #8411141
RICHMOND & QUINN, P.C.
360 K Street, Suite 200
Anchorage, Alaska 99501-2038
Telephone:  (907) 276-5727
Fax:  (907) 276-2953
E-mails:  choward@richmondquinn.com
          dquinn@richmondquinn.com

Attorneys for Defendant Corrections
Corporation of America, a/k/a, "CCA",
A Foreign Corporation Authorized to
Do Business in Alaska, d/b/a Central
Arizona Detention Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH MILLER,<br><br>              Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br>a/k/a, "CCA", A Foreign<br>Corporation Authorized to Do<br>Business in Alaska, d/b/a Central<br>Arizona Detention Center,<br><br>              Defendants. | **NOTICE OF SUBSTITUTION**<br>**OF COUNSEL**<br><br><br><br>Case No. 3:03-cv-00266(JWS) |

        Pursuant to Local Fed. R. Civ. P. 11.1(c), Sandberg,

Wuestenfeld & Corey, attorneys for defendant, Corrections

Corporation of America, a/k/a, "CCA", A Foreign Corporation

Authorized to Do Business in Alaska, d/b/a Central Arizona

Detention Center ("CCA") in this action, hereby gives notice

that they seek to be permitted to withdraw as counsel for CCA

and substitute the firm of Richmond & Quinn as counsel for said

defendant.   Richmond & Quinn has received CCA's approval of this

substitution, and Michael D. Corey, a member of the Sandberg,

Wuestenfeld & Corey law firm, has endorsed this action.    A

proposed Order and A Substitution of Counsel and an Entry of

Appearance by Richmond & Quinn are filed herewith.

                           RICHMOND & QUINN, P.C.


DATED:     5/29/08          By:    s/Daniel T. Quinn
                                  Craig S. Howard, ABA #7911103
                                  Daniel T. Quinn, ABA #8211141
                                  360 K Street, Suite 200
                                  Anchorage, Alaska 99501-2038

                                  *Attorneys for Defendant* Attorneys
                                  for Defendant Corrections
                                  Corporation of America, a/k/a,
                                  "CCA", A Foreign Corporation
                                  Authorized to Do Business in
                                  Alaska, d/b/a Central
                                  Arizona Detention Center


NOTICE OF SUBSTITUTION OF COUNSEL

Miller v. Corrections Corporation of America,
Case No. 3:03-cv-00266(JWS)

Page 2

CERTIFICATE OF SERVICE

A copy of the foregoing document
was electronically served this
29th _day of May 2008, on:

Joe P. Josephson, Esq.
Josephson & Associates, P.C.
912 W. Sixth Avenue
Anchorage, Alaska  99501

Daniel P. Struck
Jones, Skelton & Hochuli, PLC
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012

Michael D. Corey
Sandberg, Wuestenfeld & Corey
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501


        s/Daniel T.Quinn
        RICHMOND & QUINN

2282\012\PLD\SUBSTITUTION OF COUNSEL – 2282 – JOSEPH MILLER

NOTICE OF SUBSTITUTION OF COUNSEL

Miller v. Corrections Corporation of America,
Case No. 3:03-cv-00266(JWS)

Page 3