Craig Howard, ABA #7911103
Daniel T. Quinn, ABA #8411141
RICHMOND & QUINN, P.C.
360 K Street, Suite 200
Anchorage, Alaska 99501-2038
Telephone:  (907) 276-5727
Fax:  (907) 276-2953
E-mails:
　　choward@richmondquinn.com
　　dquinn@richmondquinn.com

Attorneys for Defendant Corrections
Corporation of America, a/k/a, "CCA",
A Foreign Corporation Authorized to
Do Business in Alaska, d/b/a Central
Arizona Detention Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH MILLER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, a/k/a, "CCA", A Foreign Corporation Authorized to Do Business in Alaska, d/b/a Central Arizona Detention Center,<br><br>　　　　　Defendants. | (Proposed)<br>**O R D E R**<br><br><br><br><br>Case No. 3:03-cv-00266(JWS) |

　　　　Upon defendant's Notice of Substitution of Counsel, and good cause appearing therefor,

　　　　IT IS ORDERED that the law firm of Sandberg, Wuestenfeld & Corey is permitted to withdraw as attorneys for defendant, Corrections Corporation of America, a/k/a, "CCA", A Foreign Corporation Authorized to Do Business in Alaska, d/b/a

Central Arizona Detention Center, and that the law firm of RICHMOND & QUINN is permitted to substitute as counsel for defendant in the above captioned case.

Dated: _____        _____
                              John W. Sedwick
                              Judge of the U.S. District Court


CERTIFICATE OF SERVICE

A copy of the foregoing document
was electronically served this
29th __day of May 2008, on:

Joe P. Josephson, Esq.
Josephson & Associates, P.C.
912 W. Sixth Avenue
Anchorage, Alaska  99501

Daniel P. Struck
Jones, Skelton & Hochuli, PLC
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012

Michael D. Corey
Sandberg, Wuestenfeld & Corey
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501


      s/Daniel T.Quinn
    _____
      RICHMOND & QUINN

2282\012\pld\SUBSTITUTION (PROPOSED) ORDER




(Proposed) Order

Miller v. Corrections Corporation of America,
Case No. 3:03-cv-00266(JWS)

Page 2