Craig Howard, ABA #7911103
Daniel T. Quinn, ABA #8411141
RICHMOND & QUINN, P.C.
360 K Street, Suite 200
Anchorage, Alaska 99501-2038
Telephone:  (907) 276-5727
Fax:  (907) 276-2953
E-mails:
　　choward@richmondquinn.com
　　dquinn@richmondquinn.com

Attorneys for Defendant Corrections
Corporation of America, a/k/a, "CCA",
A Foreign Corporation Authorized to
Do Business in Alaska, d/b/a Central
Arizona Detention Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH MILLER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br>a/k/a, "CCA", A Foreign Corporation<br>Authorized to Do Business in<br>Alaska, d/b/a Central Arizona<br>Detention Center,<br><br>　　　　　　Defendants. | **SUBSTITUTION OF COUNSEL<br>AND ENTRY OF APPEARANCE**<br><br><br>Case No. 3:03-cv-00266(JWS) |

　　　　COMES NOW the law firm of RICHMOND & QUINN and states that it is ready to substitute as attorneys for defendant, Corrections Corporation of America, a/k/a, "CCA", A Foreign Corporation Authorized to Do Business in Alaska, d/b/a Central

Arizona Detention Center ("CCA"), and hereby enters its appearance as counsel for defendant, CCA, in the above captioned action.

          RICHMOND & QUINN, P.C.

DATED:   5/29/08            By:   s/Daniel T. Quinn
                            Craig S. Howard, ABA #7911103
                            Daniel T. Quinn, ABA #8211141
                            360 K Street, Suite 200
                            Anchorage, Alaska 99501-2038

                            *Attorneys for Defendant* Attorneys for Defendant Corrections Corporation of America, a/k/a, "CCA", A Foreign Corporation Authorized to Do Business in Alaska, d/b/a Central Arizona Detention Center

SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE

Miller v. Corrections Corporation of America,
Case No. 3:03-cv-00266(JWS)

Page 2

CERTIFICATE OF SERVICE

A copy of the foregoing document was electronically served this 29th day of May 2008, on:

Joe P. Josephson, Esq.
Josephson & Associates, P.C.
912 W. Sixth Avenue
Anchorage, Alaska  99501

Daniel P. Struck
Jones, Skelton & Hochuli, PLC
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012

Michael D. Corey
Sandberg, Wuestenfeld & Corey
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501

      s/Daniel T.Quinn
      RICHMOND & QUINN

2282\012\pld\entry of appearance