# EXHIBIT 1

JUL-03-03 THU 08:53 AM  CORRECTIONS-J.C.O.  FAX NO. 9074652008  P. 02
07/03/2003 10:40 FAX 6152633050  ☒002

JUN-20-03 FRI 10:47 AM  CORRECTIONS-J.C.O.  FAX NO. 9074652008  P. 02

## STATE OF ALASKA
## AMENDMENT TO PROFESSIONAL SERVICES CONTRACT

Optional Financial Coding Information: None

| | |
|---|---|
| 1. Agency Contract Number | 2004803 |
| 2. ASPS Number | 83-0001 |
| 3. Optional Renewal? | ☒ Yes ☐ No |
| Years remaining: | 0 years, 4 mths |
| 4. Financial Coding | 20661510-18966-78960025-73112 |
| 5. Agency Assigned Encumbrance Number | 2014893 |
| 6. Amendment No. | Ten (10) |

This agreement is between the State of Alaska,

7. Department of: Corrections
Division of: Institutions
hereinafter the State, and

8. Contractor: Corrections Corporation of America, Inc., dba Florence Correctional Center hereinafter the Contractor
Mailing Address: 10 Burton Hills Blvd., Nashville, Tennessee 37215

| 9. Original period of performance | 10. Amended period of performance |
|---|---|
| FROM: June 30, 1998 TO: April 30, 1999 | FROM: July 1, 2003 TO: June 30, 2004 |

| 11. Previous amount of contract to date: | 12. Amount of this amendment: | 13. This amended contract shall not exceed a total of |
|---|---|---|
| $74,870,512.17 | $13,134,126.54 | $88,004,638.71 |

14. In accordance with the provisions of the above referenced contract, the parties to that contract agree that the services to be performed by the contractor under the contract are amended as follows: All other terms and conditions of the contract remain in effect. (Use reverse for continuation of amended provisions if necessary.)

The purpose of this amendment is to increase the period of performance from July 1, 2003 through June 30, 2004 and encumber the funds under the contract for the increased service. This amendment is prepared using an estimated 575 bed during the fiscal year. Funding may be increased if necessary. Continue religious programming. No other changes.

In full consideration of the contractor's performance under and including this amendment, the State shall pay the contractor a new total not to exceed $88,004,638.71.

The period of performance is not increased by: 12 months through 6/30/04.

IN WITNESS WHEREOF the parties hereto have executed this amendment.

NOTICE! This amendment has no effect until signed by the head of the contracting agency, procurement officer or designee.

15. CONTRACTOR:
Name of Firm: Corrections Corporation of America, Inc.
Signature of Authorized Representative: [signature]  Date: 7/3/03
Typed or Printed Name of Authorized Representative: Brian K. Ferrell
Title: Vice President, State Customer Relations

16. CONTRACTING AGENCY
Department/Division: Corrections, Division of Institutions
Signature of Project Director: [signature]  Date: 7-3-03
Typed or Printed Name of Project Director: Mike Addington
Title: Director of Institutions

17. CERTIFICATION: I certify that the facts herein and on supporting documents are correct, that this voucher constitutes a legal charge against funds and appropriations cited, that sufficient funds are encumbered to pay this obligation, or that there is a sufficient balance in the appropriation cited to cover this obligation. I am aware that to knowingly make or allow false entries or alterations on a public record, or knowingly destroy, mutilate, suppress, conceal, remove or otherwise impair the verity, legibility or availability of a public record constitutes tampering with public records punishable under AS 11.56.815. Other disciplinary action may be taken up to and including dismissal.

Signature of Head Contracting Agency or Designee: [signature]  Date: 7/3/03
Typed or Printed Name of Authorizing Official: Alan Stepanski
Title: Procurement Manager

02-115 (Rev. 03/94)

coamend#10.doc  Page 1 of 4

STATE OF ALASKA
AMENDMENT TO PROFESSIONAL SERVICES CONTRACT

Optional Financial Coding Information: None

| | |
|---|---|
| 1. Agency Contact Number | 2094863 |
| 2. ASPS Number | 99-0001 |
| 3. Optional Renewal? | ☒ Yes  ☐ No |
| Years remaining. | 0 years, 4 mths |
| 4. Financial Coding | 20661510-15965-76960025-73112 |
| 5. Agency Assigned Encumbrance Number | 2044863 |
| 6. Amendment No. | Ten (10) |

This agreement is between the State of Alaska,

7. Department of **Corrections**   Division of **Institutions**   hereafter the State, and

8. Contractor **Corrections Corporation of America, Inc., dba Florence Correctional Center**   hereafter the Contractor

Mailing Address   Street or P.O. Box   City   State   ZIP Code
**10 Burton Hills Blvd., Nashville, Tennessee 37215**

9. Original period of performance
   FROM: June 30, 1998   TO: April 30, 1999

10. Amended period of performance
    FROM: July 1, 2003   TO: June 30, 2004

11. Previous amount of contract to date: $ 74,870,512.17

12. Amount of this amendment: $ 13,134,126.54

13. This amended contract shall not exceed a total of $ 88,004,638.71

14. In accordance with the provisions of the above referenced contract, the parties to that contract agree that the services to be performed by the contractor under the contract are amended as follows: All other terms and conditions of the contract remain in effect. (Use reverse for continuation of amended provisions if necessary.

The purpose of this amendment is to increase the period of performance from July 1, 2003 through June 30, 2004 and encumber the funds under the contract for the increased service. This amendment is prepared using an estimated 675 beds during the fiscal year. Funding may be increased if necessary. Continue religious programming. No other changes.

In full consideration of the contractor's performance under and including this amendment, the State shall pay the contractor a new total not to exceed $ 88,004,638.71.

The period of performance is not increased by: 12 months through 6/30/04.

IN WITNESS WHEREOF the parties hereto have executed this amendment.

NOTICE! This amendment has no effect until signed by the head of the contracting agency, procurement officer or designee.

16. CONTRACTOR
Name of Firm: Corrections Corporation of America, Inc.
Signature of Authorized Representative   Date
Typed or Printed Name of Authorized Representative: Jimmy Turner
Title: Vice President, Operations

17. CERTIFICATION: I certify that the facts herein and on supporting documents are correct, that this voucher constitutes a legal charge against funds and appropriations cited, that sufficient funds are encumbered to pay this obligation, or that there is a sufficient balance in the appropriation cited to cover this obligation. I am aware that to knowingly make or allow false entries or alterations on a public record, or knowingly destroy, mutilate, suppress, conceal, remove or otherwise impair the variety, legibility or availability of a public record constitutes tampering with public records punishable under AS 11.56.815 - .820. Other disciplinary action may be taken up to and including dismissal.

18. CONTRACTING AGENCY:
Department/Division: Corrections, Division of Institutions
Signature of Project Director   Date
Typed or Printed Name of Project Director: Mike Addington
Director of Institutions

Signature of Head Contracting Agency or Designee   Date
Typed or Printed Name of Authorizing Official: Alan Szepanski
Title: Procurement Manager

2-112 (Rev: 02/94)   ATPSC.FRM

ccaamend#10.doc   Page 1 of 4

Statement of Facts
Exhibit 1 - page 3 of 89

## CONTRACT PRISON BEDS
## CORRECTIONS CORPORATION OF AMERICA, INC. (CCA)
## dba ~~CENTRAL ARIZONA DETENTION CENTER (CADC)~~
## FLORENCE CORRECTIONAL CENTER (FCC)
### ASPS #99-0001, Contract # 2094863
### Amendment # 10 – Fiscal Year 2004

Summary Action Dates for contract and amendments:

| | |
|---|---|
| Original Contract: | 626 to 1350 beds, for period of 7/01/98 through 4/30/99 and obligate related funds. Contract amount $10,282,040.00. |
| Amendment #1: | Obligated funds of $4,772,797.00 for the period of 5/01/99 through 6/30/99. |
| Amendment #2: | Exercised renewal option for 7/01/99 through 6/30/00 and obligated related funds. Contract amount increased by $14,078,739.00. |
| Amendment #3: | Allowed transfer of one Alaskan prisoner to the Cibola County Correctional Center in Milan, New Mexico. No increase or reduction in contract amount. |
| Amendment #4: | Obligated additional funds in Fiscal Year 2000 in the amount of $1,812,048.00. |
| Amendment #5: | Exercised renewal option for 7/01/00 through 6/30/01 and obligated related funds in the amount of $16,233,210.75. |
| Amendment #6: | Allow for increase in religious programming services via a subcontractor, Kairos Horizon Communities Corporation and obligate related funds in the amount of $42,753.00 for the period of 01/01/01 through 06/30/01. |
| Amendment #7: | Exercised renewal option for 7/01/01 through 6/30/02 and obligate related funds. Adjusted per bed rate for 2% CPI. Continue Kairos religious program services (11 months @ $5,210 and 1 month @ $4,814.17 = $62,124.17). Contract amount increased by $15,516,498.17. |
| Amendment #8: | Exercises renewal option for 7/01/02 through 6/30/03 and obligates related funds for 625 beds. Adjust cost per bed based upon negotiations between Commissioner Margaret Pugh and Damon Hininger, Vice President of Sales and Relationship Management. FY03 bed rates are 0-599 = $54.43 and 600+ = $52.93. Final agreement allows elimination of a Life Skills instructor, a GED instructor, a Substance Abuse counselor, and a Grievance/Compliance officer. The agreement also allows computer classes to be reduced from three to one, discontinuation of the Barber College, and continuation of a 25 person drafting class (Reference Mr. Hininger's April 23, 2002 letter to Ms. Pugh). Continue the Alaska Correctional Ministries (Kairos) religious program services (12 months @ $4,814.17 = $57,770.00). Allow transfer of prisoners to the Florence Correctional Center. Contract amount increased by $12,132,426.25. |

Amendment #9:     Revises Section 4.8: Medical / Dental (Subsections C and E), amends DOC Pharmaceutical Formulary (Appendix E of original contract), and establishes the use of DOC form #807.05E – Request to Use Non-formulary Drug.

Revise Section 4.8 (C) as follows:
Pharmacy Supply. FCC shall provide stock pharmacy supplies to ensure that Prisoners have an adequate and timely supply of medications and medical supplies in the facility. Medications prescribed must be available to the Prisoner within 24-48 hours of the time the prescription is written.

The Contractor shall provide to State inmates all pharmaceuticals listed in the State's formulary (Appendix E) at the contractor's expense. Any pharmaceuticals prescribed that are not listed in the State's formulary (excepting emergency medication administration) must be approved by the State by submitting a "non-formulary request form" (See attached) to Inmate Health, Anchorage Central Office. The State agrees to review and approve such requests and in elective cases, approve or deny requests within ten (10) working days. All approved non-formulary medications (i.e. not listed in Appendix E) approved and dispensed shall be billed under the contract.

The Contractor shall submit monthly invoices for the billable pharmaceuticals to the State at the following address: Department of Corrections, Attn: Medical Administrative Manager, 4500 Diplomacy Drive, Suite 109, Anchorage, AK 99508. Invoices shall include name of inmate, medication, date issued and amount billed.

The State shall review and update its formulary annually to coincide with the renewal of the contract. Any changes (additions or deletions) in the formulary will be provided to the contractor sixty days in advance of contract renewal for purposes of review and discussion. In the event changes are required to the formulary at an earlier time the State and Contractor will discuss any proposed changes and agree to any contract adjustments required.

Revise the first paragraph of Section 4.8 (E) as follows:
**FCC** will provide a medical services and dental program in accordance with ACA Standards, and consistent with federal and state, local law and regulations. The program will provide Prisoners with a medical and dental screening to be performed upon admission to the Facility, and sick call within the Facility. **FCC** shall be responsible for the cost of all medical and dental services provided within the facility; including medication costs on the list in Appendix **E**, nursing care, and visiting physicians.

Attachments:    DOC Central Pharmacy Formulary (Appendix E - Revised July 8, 2002).
                Form 20-807.05E, Request to Use Non-formulary Drug.

**NOTE: Amendment #9 has not been executed.**

Amendment #10: Exercises renewal option for 7/01/03 through 6/30/04 and obligates related funds. Request for 2% CPI has been denied. Encumbrance is established using an average of 675 beds during the fiscal year (Rate = $52.93 per day). Continue religious program services (12 months @ $4,814.17 = $57,770.04) and recognize sub-contractor revision from Kairos to Alaska Correctional Ministries (sub-contractor agreement between CCA and ACM actually effective May 1, 2002). Contract amount increased by $13,134,126.54.

JUN-27-02 THU 04:09 PM   CORRECTIONS-J.C.O.      FAX NO. 9074852006        P. 05
06/27/2002 15:12 FAX 615 366 7333   JOB MASTER

JUN-26-02 WED 11:48 AM   CORRECTIONS-J.C.O.      FAX NO. 9074852006        P. 02

## STATE OF ALASKA
## AMENDMENT TO PROFESSIONAL SERVICES CONTRACT

Optional Financial Coding Information: None

1. Agency Contract Number: 99-1003
2. AGPS Number: 25-0001
3. Original Renewal? ☒ Yes ☐ No
   Years remaining: 1 Years 4 mths
4. Financial Coding: 20061610-6980-76980025-73112
5. Agency Assigned Encumbrance Number: 2034563
6. Amendment No.: EIGHT(8)

7. [Illegible heading]
8. Department of Corrections
   Division of Institutions
   (hereinafter the State); and
9. Contractor: Corrections Corporation of America, Inc. dba Florence Correctional Center
   (hereinafter the Contractor)
   Mailing Address / Street or P.O. Box: 10 Burton Hills Blvd., Nashville, Tennessee 37215
10. Original period of performance:
    FROM: June 30, 1998   TO: April 30, 1999
10a. Amended period of performance:
     FROM: July 1, 2002   TO: June 30, 2003
11. Previous amount of contract to date: $60,298,085.92
12. Amount of this amendment: $14,192,426.25
13. This amended contract shall not exceed a total of: $74,870,512.17

14. In accordance with the provisions of the above referenced contract, the parties to that contract agree that the services to be performed by the contractor under this contract are amended as follows. All other terms and conditions of the contract remain in effect. (Use reverse for continuation of amended provisions if necessary.)

The purpose of this amendment is to increase the level of service and the funds encumbered under the contract to cover the increased bedcount. This amendment is prepared using an estimated 800 beds during the fiscal year. Funding may be renegotiated on an individual basis as needed. Alaska's placemark is to be moved to the Florence Correctional Center effective July 15, 2002. No other changes.

In full consideration of the contractor's performance for and including this amendment, the State shall pay the contractor a new total not to exceed $74,870,512.17.

The period of performance is to be increased by: 12 months through June 30, 2003.

IN WITNESS WHEREOF, the parties hereto have executed this amendment.

NOTICE: This amendment is not to be construed to be binding on the part of the contracting agency until signed by a procurement officer or designee.

15. CONTRACTOR:
Name of Firm: Corrections Corporation of America, Inc.
Signature: [signed]   Date: 6-27-02
Typed or Printed Name of Authorized Representative: Damon Hininger
Title: VP, Sales and Relationship Management

16. CONTRACTING AGENCY:
Department of Corrections, Division of Institutions
Signature: [signed]   Date: 6/27/02
Typed or Printed Name of Project Director: Allen Cooper
Title: Director of Institutions

17. CERTIFICATION: I certify that the facts herein and on supporting documents are correct, that this voucher constitutes a legal charge against funds and appropriations cited, that sufficient funds are encumbered to pay this obligation, or that there is a sufficient balance in the appropriation cited to cover this obligation. [remaining text illegible]
Signature of Head of Contracting Agency or Designee: [signed]   Date:
Typed or Printed Name of Authorizing Official: Joseph Reeves
Title: Deputy Director, Administrative Services

02-112 (Rev. 02/01)

ccaamend#8.doc                    Page 1 of 2

# CONTRACT PRISON BEDS
## CORRECTIONS CORPORATION OF AMERICA, INC. (CCA)
### dba ~~CENTRAL ARIZONA DETENTION CENTER (CADC)~~
### FLORENCE CORRECTIONAL CENTER (FCC)
ASPS #99-0001, Contract # 2094863
Amendment # 8 – Fiscal Year 2003

Summary Action Dates for contract and amendments:

| | |
|---|---|
| Original Contract: | 626 to 1350 beds, for period of 7/01/98 through 4/30/99 and obligate related funds. Contract amount $10,282,040.00. |
| Amendment #1 | Obligated funds of $4,772,797.00 for the period of 5/01/99 through 6/30/99. |
| Amendment #2 | Exercised renewal option for 7/01/99 through 6/30/00 and obligated related funds Contract amount increased by $14,078,739.00. |
| Amendment #3 | Allowed transfer of one Alaskan prisoner to the Cibola County Correctional Center in Milan, New Mexico. No increase or reduction in contract amount. |
| Amendment #4 | Obligated additional funds in Fiscal Year 2000 in the amount of $1,812,048.00. |
| Amendment #5 | Exercised renewal option for 7/01/00 through 6/30/01 and obligated related funds in the amount of $16,233,210.75. |
| Amendment #6 | Allow for increase in religious programming services via a subcontractor, Kairos Horizon Communities Corporation and obligate related funds in the amount of $42,753.00 for the period of 01/01/01 through 06/30/01. |
| Amendment #7 | Exercised renewal option for 7/01/01 through 6/30/02 and obligate related funds. Adjusted per bed rate for 2% CPI. Continue Kairos religious program services (11 months @ $5,210 and 1 month @ $4,814.17 = $62,124.17). Contract amount increased by $15,516,498.17. |
| Amendment #8 | Exercises renewal option for 7/01/02 through 6/30/03 and obligates related funds for 625 beds. Adjust cost per bed based upon negotiations between Commissioner Margaret Pugh and Damon Hininger, Vice President of Sales and Relationship Management. FY03 bed rates are 0-599 = $54.43 and 600+ = $52.93. Final agreement allows elimination of a Life Skills instructor, a GED instructor, a Substance Abuse counselor, and a Grievance/Compliance officer. The agreement also allows computer classes to be reduced from three to one, discontinuation of the Barber College, and continuation of a 25 person drafting class (Reference Mr. Hininger's April 23, 2002 letter to Ms. Pugh). Continue the Alaska Correctional Ministries (Kairos) religious program services (12 months @ $4,814.17 = $57,770.00). Allow transfer of prisoners to the Florence Correctional Center. Contract amount increased by $12,132,426.25. |



## MEMORANDUM

TO:     JIMMY TURNER
        DAVID M. GARFINKLE
        JOHN GLUCH
        BRUNO STOLC, WARDEN

        COMPLETE COPY PROVIDED TO ABOVE

cc:     BILL BAYLOR
        DENNIS BRADBY
        SHIRLEY HARBISON
        DAMON HININGER
        LINDA STALEY

        COVER PAGE ONLY, COMPLETE COPY AVAILABLE IN THE LEGAL LIBRARY

FROM:   BILLIE BLANSETT/LEGAL  *Billie*

DATE:   JULY 12, 2001

RE:     ALASKA AT CENTRAL ARIZONA

---

I attach a copy of Amendment #7 to the Alaska contract at Central Arizona extending the contract effective July 1, 2001 thru June 30, 2002. Please distribute a copy to appropriate members of your department for their information. If you have questions, please feel free to call me.

File Name:  Central Arizona/Alaska
Contract:Conform

10 Burton Hills Boulevard, Nashville, Tennessee 37215, Phone: 615-263-3000, Fax: 615-263-3140

```
JUN-26-01 TUE 01:37 PM   SOA DOC DIV INSTITUTIONS   FAX NO. 907 269 7420       P. 02
JUN-26-01 TUE 08:38 AM   CORRECTIONS-J.C.O.        FAX NO. 9074652006          P. 02
06/26/2001 09:34 FAX 615 366 7333   JOB MASTER                                 ☒002/003
JUN-23-01 SAT 09:30 AM   CORRECTIONS-J.C.O.        FAX NO. 9074652006          P. 02
```

# STATE OF ALASKA
## AMENDMENT TO PROFESSIONAL SERVICES CONTRACT

*Optional Financial Coding Information: 128 beds federally funded*

| | |
|---|---|
| 1. Agency Contract Number | 2024863 |
| 2. ASPS Number | 98-0001 |
| 3. Optional Renewal? ☒ Yes ☐ No  Years remaining: 2 years, 4 mths | |
| 4. Financial Coding | 20661510-15865-76960025-73112 |
| 5. Agency Assigned Encumbrance Number | 2024863 |
| 6. Amendment No. | Seven (7) |

This agreement is between the State of Alaska,

**7. Department of** Corrections   **Division of** Institutions   hereafter the State, and

**8. Contractor** Corrections Corporation of America, Inc., dba Central Arizona Detention Center   hereafter the Contractor

**Mailing Address:** 10 Burton Hills Blvd., Nashville, Tennessee 37215

| 9. Original period of performance | 10. Amended period of performance |
|---|---|
| FROM: June 30, 1998   TO: April 30, 1999 | FROM: July 1, 2001   TO: June 30, 2002 |

| 11. Previous amount of contract to date: | 12. Amount of this amendment: | 13. This amended contract shall not exceed |
|---|---|---|
| $ 47,221,587.75 | $ 15,516,498.17 | a total of $ 62,738,085.92 |

14. In accordance with the provisions of the above referenced contract, the parties to that contract agree that the services to be performed by the contractor under the contract are amended as follows: All other terms and conditions of the contract remain in effect. (Use reverse for continuation of amended provisions if necessary.)

The purpose of this amendment is to increase the level of services and the funds encumbered under the contract to cover the increase in services. This amendment will increase existing services to around [illegible] estimated 800 beds in July and including to approximately 900 beds by the end of the fiscal year. Funding may be increased if necessary. 800 beds – 7/1/01 through 9/30/01, 900 beds – 10/1/01 through 6/30/02, 100 beds – [illegible] through 6/30/02. Continue religious program services. Bed rates have been adjusted for [illegible]. No other changes.

In full consideration of the contractor's performance under and including this amendment, the State shall pay the contractor a new total not to exceed $ 62,738,085.92.

The period of performance is not increased by: **12 months through June 30, 2002.**

IN WITNESS WHEREOF the parties hereto have executed this amendment.

NOTICE: This amendment is not effective until signed by the [illegible].

| 15. CONTRACTOR | 17. CERTIFICATION [illegible] |
|---|---|
| Name of Firm: Corrections Corporation of America, Inc. | |
| Signature of Authorized Representative   Date 6-25-01 | |
| Typed or Printed Name of Authorized Representative: Damon T. Hininger | |
| Title: VP Business Analysis | |

| 16. CONTRACTING AGENCY | Signature of Contracting Agency   Date 6-26-01 |
|---|---|
| Department/Division: Corrections, Division of Institutions | |
| Signature of Project Director   Date 7/26/01 | |
| Typed or Printed Name of Project Director: Allen Cooper | Deputy Director, Administrative Services |
| Title: Director of Institutions | |

02-112 (Rev. 02/94)   ATPSC.FRM

ccaamend#7.doc   Page 1 of 2

# CONTRACT PRISON BEDS
## CORRECTIONS CORPORATION OF AMERICA, INC. (CCA)
### dba CENTRAL ARIZONA DETENTION CENTER (CADC)
### ASPS #99-0001, Contract # 2094863
### Amendment # 7 – Fiscal Year 2002

Summary Action Dates for contract and amendments:

| | |
|---|---|
| Original Contract: | 626 to 1350 beds, for period of 7/01/98 through 4/30/99 and obligate related funds. Contract amount $10,282,040.00. |
| Amendment #1: | Obligated funds of $4,772,797.00 for the period of 5/01/99 through 6/30/99. |
| Amendment #2: | Exercised renewal option for 7/01/99 through 6/30/00 and obligated related funds. Contract amount increased by $14,078,739.00. |
| Amendment #3: | Allowed transfer of one Alaskan prisoner to the Cibola County Correctional Center in Milan, New Mexico. No increase or reduction in contract amount. |
| Amendment #4: | Obligated additional funds in Fiscal Year 2000 in the amount of $1,812,048.00. |
| Amendment #5: | Exercised renewal option for 7/01/00 through 6/30/01 and obligated related funds in the amount of $16,233,210.75. |
| Amendment #6: | Allow for increase in religious programming services via a subcontractor, Kairos Horizon Communities Corporation and obligate related funds in the amount of $42,753.00 for the period of 01/01/01 through 06/30/01. |
| Amendment #7: | Exercised renewal option for 7/01/01 through 6/30/02 and obligate related funds. Adjusted per bed rate for 2% CPI. Continue Kairos religious program services (11 months @ $5,210 and 1 month @ $4,814.17 = $62,124.17). Contract amount increased by $15,516,498.17. |

# STATE OF ALASKA
## AMENDMENT TO PROFESSIONAL SERVICES CONTRACT

Optional Financial Coding Information: 128 beds federally funded

| | |
|---|---|
| 1. Agency Contact Number | 2024863 |
| 2. APSC Number | 99-0001 |
| 3. Optional Renewal? | ☒ Yes ☐ No  Years remaining: 2 years, 4 mths |
| 4. Financial Coding | 20661510-16965-76960025-73112 |
| 5. Agency Assigned Encumbrance Number | 2024863 |
| 6. Amendment No. | Seven (7) |

This agreement is between the State of Alaska,

7. Department of **Corrections**    Division of **Institutions**    hereafter the State, and

8. Contractor **Corrections Corporation of America, Inc., dba Central Arizona Detention Center**    hereafter the Contractor

Mailing Address: **10 Burton Hills Blvd., Nashville, Tennessee 37215**

9. Original period of performance FROM: June 30, 1998  TO: April 30, 1999
10. Amended period of performance FROM: July 1, 2001  TO: June 30, 2002
11. Previous amount of contract to date: $47,221,587.75
12. Amount of this amendment: $15,516,498.17
13. This amended contract shall not exceed a total of $62,738,085.92

14. In accordance with the provisions of the above referenced contract, the parties to that contract agree that the services to be performed by the contractor under the contract are amended as follows: All other terms and conditions of the contract remain in effect. (Use reverse for continuation of amended provisions if necessary.)

The purpose of this amendment is to increase the level of service and the funds encumbered under the contract to cover the increase in service. This amendment is prepared using a declining scale, starting at an estimated 800 beds in July and reducing to approximately 600 beds by the end of the fiscal year. Funding may be increased if necessary. (800 beds = 7/1/01 through 3/16/02, 700 beds = 3/17/02 through 5/16/02, 600 beds = 5/17/02 through 6/30/02). Continue religious program services. Bed rates have been adjusted per Section 6.10 (2% CPI). No other changes.

In full consideration of the contractor's performance under and including this amendment, the State shall pay the contractor a new total not to exceed $62,738,085.92.

The period of performance is not increased by: 12 months through June 30, 2002.

IN WITNESS WHEREOF the parties hereto have executed this amendment.

NOTICE! This amendment has no effect until signed by the head of the contracting agency, Procurement officer or designee.

16. CONTRACTOR
Name of Firm: Corrections Corporation of America, Inc.
Signature of Authorized Representative: [signature]  Date: 6-25-01
Typed or Printed Name of Authorized Representative: Carmen T. Hininger
Title: VP, Business Analysis

17. CERTIFICATION: I certify that the facts herein and on supporting documents are correct, that this voucher constitutes a legal charge against funds and appropriations cited, that sufficient funds are encumbered to pay the obligation, or that there is a sufficient balance in the appropriation cited to cover this obligation. I am aware that to knowingly make or allow false entries or alterations on a public record, or knowingly destroy, mutilate, suppress, conceal, remove or otherwise impair the veracity, legibility or availability of a public record constitutes tampering with public records punishable under AS 11.56.815-.820. Other disciplinary action may be taken up to and including dismissal.

18. CONTRACTING AGENCY
Department/Division: Corrections, Division of Institutions
Signature of Project Director: [signature]  Date: 7/2/01
Typed or Printed Name of Project Director: Allen Cooper
Title: Director of Institutions

Signature of Head Contracting Agency or Designee: [signature]  Date: 6-26-01
Typed or Printed Name of Authorizing Official: Joseph Reeves
Title: Deputy Director, Administrative Services

02-112 (Rev. 02/94)    ATPSC.FRM

cosamend#7.doc    Page 1 of 2

CONTRACT PRISON BEDS
CORRECTIONS CORPORATION OF AMERICA, INC. (CCA)
dba CENTRAL ARIZONA DETENTION CENTER (CADC)
ASPS #99-0001, Contract # 2094863
<u>Amendment # 7 – Fiscal Year 2002</u>

Summary Action Dates for contract and amendments:

| | |
|---|---|
| Original Contract: | 626 to 1350 beds, for period of 7/01/98 through 4/30/99 and obligate related funds. Contract amount $10,282,040.00. |
| Amendment #1: | Obligated funds of $4,772,797.00 for the period of 5/01/99 through 6/30/99. |
| Amendment #2: | Exercised renewal option for 7/01/99 through 6/30/00 and obligated related funds. Contract amount increased by $14,078,739.00. |
| Amendment #3: | Allowed transfer of one Alaskan prisoner to the Cibola County Correctional Center in Milan, New Mexico. No increase or reduction in contract amount. |
| Amendment #4: | Obligated additional funds in Fiscal Year 2000 in the amount of $1,812,048.00. |
| Amendment #5: | Exercised renewal option for 7/01/00 through 6/30/01 and obligated related funds in the amount of $16,233,210.75. |
| Amendment #6: | Allow for increase in religious programming services via a subcontractor, Kairos Horizon Communities Corporation and obligate related funds in the amount of $42,753.00 for the period of 01/01/01 through 06/30/01. |
| Amendment #7: | Exercised renewal option for 7/01/01 through 6/30/02 and obligate related funds. Adjusted per bed rate for 2% CPI. Continue Kairos religious program services (11 months @ $5,210 and 1 month @ $4,814.17 = $62,124.17). Contract amount increased by $15,516,498.17. |

# STATE OF ALASKA
## AMENDMENT TO PROFESSIONAL SERVICES CONTRACT

| | |
|---|---|
| 1. Agency Contract Number | 2054861 |
| 2. ASPS Number | 2005-2000-4544 |
| 3. Optional Renewal? | x Yes ___ No  Years remaining: 6 years and 4 months |
| 4. Financial Coding | 20661510-15960-76960025-73076 |
| 5. Agency Assigned Encumbrance Number | 2084861 |
| 6. Amendment No. | Six (6) |

This agreement is between the State of Alaska,

**7. Department of** Corrections — Hereafter the State, and

**8. Contractor** Corrections Corporation of America (CCA) — hereafter the Contractor

Mailing Address: 10 Burton Hills Boulevard, Nashville, Tennessee 37215

**9. Original period of performance** FROM: November 1, 2004 TO: June 30, 2008

**10. Amended period of performance** FROM: No change TO:

**11. Previous amount of contract to date:** $67,966,131.50

**12. Amount of this amendment:** $0.00

**13. This amended contract shall not exceed a total of:** $67,966,131.50

**14.** In accordance with the provisions of the above referenced contract, the parties to that contract agree that the services to be performed by the contractor under the contract are amended as follows: All other terms and conditions of the contract remain in effect. (Use reverse for continuation of amended provisions if necessary.)

This contract amendment is issued to add an article to Appendix A, General Provisions, of the original contract. New language to read as follows: Article 15. No Third Party Benefit - This Contract shall benefit and burden the parties hereto in accordance with its terms and conditions and is not intended, and shall not be deemed or construed, to confer any rights, powers, benefits, or privileges on any person or entity other than the parties to this Contract. This Contract is not intended to create any rights, liberty interests, or entitlements in favor of any DOC Offender. The Contract is intended only to set forth the contractual rights and responsibilities of the Contract parties.

In full consideration of the contractor's performance under and including this amendment, the State shall pay the contractor a new total not to exceed: $67,966,131.50

The period of performance under this contract is increased by ___ No change (June 30, 2008)

IN WITNESS WHEREOF the parties hereto have executed this amendment.

NOTICE! This amendment has no effect until signed by the head of the contracting agency, procurement officer or designee.

**15. CONTRACTOR**
Name of Firm: Corrections Corporation of America (CCA)
Signature of Authorized Representative / Date: 12/12/07
Typed or Printed Name of Authorized Representative: Anthony L. Grande
Title: Vice President, State Customer Relations

**16. CONTRACTING AGENCY**
Department/Division: Corrections, Division of Institutions
Signature of Project Director / Date: 12-26-07
Typed or Printed Name of Project Director: Garland Armstrong
Title: Director of Institutions

**17. CERTIFICATION:** I certify that the facts herein and on supporting documents are correct, that this voucher constitutes a legal charge Against funds and appropriations cited, that sufficient funds are Encumbered to pay this obligation, or that there is a sufficient balance In the appropriation cited to cover this obligation. I am aware that to Knowingly make or allow false entries or alterations on a public record, or knowingly destroy, mutilate, suppress, conceal, remove or otherwise Impair the variety, legibility or availability of a public record constitutes Tampering with public records punishable under AS 11.56.815 - .820. Other disciplinary action may be taken up to and including dismissal.

Signature of Head Contracting Agency or Designee / Date: 1/4/08
Typed or Printed Name of Authorizing Official: Alan Szepanski
Title: Procurement Manager

Statement of Facts
Exhibit 1 - page 15 of 89