# EXHIBIT 3

## AFFIDAVIT OF JOHN BODICK

I, John K. Bodick, being first duly sworn upon my oath, depose and state that:

1. I am of legal age, am competent to provide the following, have personal knowledge of the facts stated herein, and am authorized to make this Affidavit in Support of Defendants' Motion for Summary Judgment.

2. I am an Assistant Attorney General employed by the Alaska Attorney General's Office. In my capacity as an Assistant Attorney General, I represent the Alaska Department of Corrections ("ADOC").

3. On June 28, 1998, ADOC and the Corrections Corporation of America ("CCA") entered into a contract to house Alaskan inmates in Arizona facilities ("the Contract").

4. On July 1, 2001, the ADOC renewed their contract with Corrections Corporation of America, to house Alaskan inmates in Arizona facilities.

5. I reviewed the above contract for ADOC. I am unaware of any intent by ADOC to designate Plaintiff or any other prisoner as third party beneficiaries to the Contract.

6. The contract neither expressly or impliedly designated prisoners as having rights under the contract.

7. I was part of the team that negotiated the most recent contract between ADOC and CCA in 2004. There was again no intent at that time to provide prisoners with any rights as third party beneficiaries to the contract.

8. To further evidence ADOC's intent, CCA and Alaska have amended their current Contract to expressly state their intent that prisoners not be designated third-party beneficiaries.

FURTHER AFFIANT SAYETH NAUGHT.

_____
John Bodick

State of Alaska        )
                       ) ss.
Third Judicial District )

Subscribed and sworn to before me this 28th day of May, 2008.

_____
Notary Public
My Commission Expires:
with office

