# EXHIBIT 4

STATE OF TENNESSEE )
)ss
COUNTY OF DAVIDSON )

**AFFIDAVIT OF LINDA COOPER**

I, Linda Cooper, being first duly sworn upon my oath, depose and state that:

1. I am of legal age, am competent to provide the following, have personal knowledge of the facts stated herein, and am authorized to make this Affidavit in Support of Defendants' Motion for Summary Judgment.

2. I was General Counsel of Corrections Corporation of America, Inc. ("CCA") from approximately 1987 to October, 2000.

3. On June 29, 1998, the Alaska Department of Corrections ("ADOC") and the Corrections Corporation of America ("CCA") entered into a contract to house Alaskan inmates in Arizona facilities ("the Contract").

4. I have reviewed the Alaska Supreme Court decision *Rathke v. Corrections Corporation of America*, 153 P.3d 303, 310 (Alaska 2007). I understand the present case, on appeal, was remanded back to the trial court for a determination on whether Plaintiff is a third-party beneficiary to the Contract under *Rathke v. Corrections Corporation of America*.

5. As General Counsel of CCA, I was actively involved in the discussions with the State of Alaska and ultimately, in formulating the Contract.

6. On July 1, 2001, the Alaska Department of Corrections ("ADOC") renewed their contract with Corrections Corporation of America, to house Alaskan inmates in Arizona facilities.

7. Neither CCA nor ADOC intended to designate Plaintiff or any other Alaska prisoner as third party beneficiaries to the Contract.

8. The contract neither expressly or impliedly designated prisoners as having rights under the contract.

9. To further evidence the parties' intent, I have been informed that CCA and ADOC have amended the current ADOC/CCA contract to expressly state its intent that prisoners not be designated as third-party beneficiaries.

10. Dr. Deeb was not an employee of CCA.

FURTHER AFFIANT SAYETH NAUGHT.

Linda Cooper

State of Tennessee )
)ss.
County of Davidson )

Subscribed and sworn to before me this 5th day of May 2008.

Rosemary M. VerHulst
Notary Public

My Commission Expires:

My Commission Expires 07/24/2010

