# EXHIBIT 5

04/19/04 MON 15:16 FAX 907 276 3528    LAW OFFICES OF S, W & C    ☐002

delivered (1428)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOSEPH MILLER,              )
                            )
           Plaintiff,       )
                            )
    v.                      )
                            )
CORRECTIONS                 )
CORPORATION OF              )
AMERICA,                    )
                            )
           Defendant.       )
                            )



Case No. A-03-266 Civil (JWS)

### INITIAL DISCLOSURE FOR PLAINTIFF

A. The name, known address and telephone number of each individual likely to have discoverable information that the plaintiff may use to support his claims are:

1. Ernest J. Meinhardt, M. D., 9500 Independence Drive, Suite 900, Anchorage, Alaska 99507-4600 (tel. (907) 522-1341). Attached to this Initial Disclosure is a copy of Dr. Meinhardt's report dated December 22, 2003.

2. Darlene K. Batchelder, M. A., CCC (Speech/Language Pathologist), 800 East Dimond Boulevard, Suite 3-310, Anchorage, Alaska 99515 (tel. (9097) 349-2112). Ms. Batchelder examined Mr. Miller because his speech is difficult to understand. Attached to this Initial Disclosure is a copy of her report dated January 8, 2004.

3. Julie Gose, of Carondelet St. Mary's Hospital, Tucson, Arizona, is another speech therapist, who saw the plaintiff in

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)   (907) 276-0155 (Fax)

Date: 4/1/04
Claim No.:
Our File No.: 1841

Exhibit B
Page 1 of 9

July, 2002. Ms. Goss wrote, in pertinent part,

> "In observing and listening, Mr. Miller appears to present with an accent from a foreign country. He maintains he did not previously have an accent and is originally from California. Mr. Miller was able to protrude his tongue only roughly 15% of what would be expected. . .
>
> "In conversation, intelligibility was roughly 15%. There were times when this clinician was unable to discern what the patient said and needed help from the officers attending the session. . .
>
> "Given the timeframe that has passed since the initial insult and that we are looking at nerve damage, it is unclear as to how much improvement this patient will be able to make. Therefore, it is felt that a home program that he would be able to complete and follow through on his own over a period of time is the most effective course of treatment at this point."

4. Joseph Miller, c/o Joe P. Josephson, 912 West Sixth Avenue, Anchorage, Alaska 99501 (tel. (907) 276-0151). Mr. Miller can testify as to course of treatment, the health care providers he has seen, the evaluations that have been obtained, the pain and suffering and embarrassment that he has sustained, the impact and effects on his life and the enjoyment of life resulting from his speech impediment, and his efforts to mitigate the problem.

5. Joseph Miller's mother (proper name to be provided), c/o Joe P. Josephson, 912 West Sixth Avenue, Anchorage, Alaska 99501 (tel., (907) 276-0151). Plaintiff lives with his mother in her home in the Mat-Su Borough. Mrs. Miller can testify as to the plaintiff's daily routines, his efforts to mitigate the speech impediment from which he suffers, and the consequences for his life that the impediment have produced.

2

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel) (907) 276-0155 (Fax)

Exhibit B
Page 2 of 9

B. **Documents**: Attached are the documents referenced above which are relevant to plaintiff's claims and which plaintiff intends to use to support his causes of action.

It is anticipated that additional documents will come into the possession of plaintiff and/or his attorney, because plaintiff has recently undergone disability examinations, including examination and evaluation for social security benefit purposes.

In addition, it is plaintiff's intention to authorize the release of his medical records and his institutional file from Corrections Corporation of America, so that his counsel and defense counsel in this case can simultaneously review these materials and consider their use at trial.

C. **Damages.** It is anticipated that plaintiff's damages will include these categories:

A. The effects of the speech impediment upon his employability, including loss of income, involving past, present and future unemployment;

B. The damages to plaintiff's lifestyle because of his inability to communicate with others, including but not limited to the interference created with his ability to create a social life and family of his own;

C. The pain and discomfort which he continues to experience in his mouth;

3

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)  (907) 276-0155 (Fax)

Exhibit __B__

Page __3__ of __9__

    D. Expenses incurred for medicine, therapy, rehabilitation, and treatment, whether paid by plaintiff or paid by agencies or institutions which may have just claims and entitlement to reimbursement. These damages include past, present and future time periods.

    E. Any other category of damages referred to in the prayer for relief included in the plaintiff's complaint against the defendant.

    **D. Insurance Policies.** Plaintiff is aware of no Insurance policies that may provide coverage for a part or all of any judgment that might be entered in this action.

    DATED at Anchorage, Alaska, this 31st day of March, 2004.

    *[signature]*
Joe P. Josephson
Alaska Bar No. 6102018
Attorney for Plaintiff
912 West 6th Avenue
Anchorage, Alaska 99501
Tel. (907) 276-0151
Facsimile (907) 276-0155

*Certificate of Service:*
I certify that on 3/31/04, I delivered to the office of Sandberg, Wuestenfeld & Corey, 702 W. 8th Avenue, Anchorage, Alaska, a true copy of the foregoing Initial Disclosures, together with the referenced documents.

*[signature]*

4

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)  (907) 276-0155 (Fax)

Exhibit B
Page 4 of 9

Statement of Facts
Exhibit 5 - page 5 of 10

04/19/04 MON 15:17 FAX 907 276 3528      LAW OFFICES OF S, W & C                    ☒006

ERNEST MEINHARDT, M.D.
CHARLES E. FIELDS, P.A.-C
FAMILY PRACTICE
9500 INDEPENDENCE DRIVE, SUITE 900, ANCHORAGE, ALASKA 99507-4600
(907) 522-1341 • FAX (907) 522-1343

## HISTORY & PHYSICAL

JOSEPH MILLER  December 22, 2003

### HISTORY OF PRESENT ILLNESS

This is a 43-year-old, right hand dominant, Black male with several problems.

1.) Speech impairment. He states he had nerve damage during a dental procedure and now has trouble speaking. He has difficulty saying all words. He also has some dysphasia.

2.) Herniated disc. This is in his neck with pain radiating to his left arm. He is able to use his hands to pick up coins, zip zippers, and button buttons. He also has some pain in his left knee and has had some form of operation in the past. He also complains of some pain in the right ankle. His medication is carbamazepine 100 mg twice a day.

### SOCIAL HISTORY

The patient is single and lives with his mother in Wasilla, Alaska. His occupation is CNA. He was last employed in 1996. He has some college training and has been to Vocational Rehabilitation.

### FAMILY HISTORY

Family history is positive for diabetes in his mother.

### PAST MEDICAL HISTORY

Childhood illnesses: He had the usual childhood diseases.

Adult illnesses: See HPI.

### ALLERGIES

He has no known drug allergies.

### HABITS

He is a non smoker. He occasionally drinks some cola. Denies the use of alcohol or other recreational drugs.

### REVIEW OF SYSTEMS

GENERAL: Feels his health is average.
HEAD: Denies headache or seizures.

Attacment 1, Page 1

Exhibit B
Page 5 of 9
Statement of Facts
Exhibit 5 - page 6 of 10

9500 INDEPENDENCE DRIVE, SUITE 900, ANCHORAGE, ALASKA 99507-460
(907) 522-1341 • FAX (907) 522-1343

JOSEPH MILLER                              2                          December 22, 2003

EYES: He denies glaucoma, cataracts or decreased vision.
EARS: He denies decreased hearing, vertigo or tinnitus.
NOSE: He denies bleeding or change in his sense of smell.
THROAT: Denies change in his voice or frequent sore throats.
NECK: See H.P.I.
CARDIOVASCULAR: He denies high blood pressure, chest pain or orthopnea.
RESPIRATORY: He has asthma. He denies hemoptysis.
GI: Denies blood in his stools, change in his bowel habits, known ulcers, liver or pancreatic disease.
GU: He has some intermittent decreased urine stream. He denies nocturia or hematuria.
MUSCULOSKELETAL: See HPI.
METABOLIC: Denies change in his skin, hair or nails, heat or cold intolerance, increased appetite, increased thirst, or unexplained weight loss.
NEUROPSYCHIATRIC: He denies depression, nervous breakdown or hearing of voices.

**OBJECTIVE**

Height is 76 inches, weight 285 pounds, blood pressure of 120/80, temperature 97.9°, pulse 82, and respirations 16. Visual acuity is 20/40 in the left eye, 20/25 in the right eye, and 20/25 in both eyes without corrective lenses. Audiogram: At 500 hertz the patient hears at 25 decibels in the right ear, 20 decibels in the left; at 1000 hertz 5 decibels in the left ear, 10 decibels in the right; at 2000 hertz 5 decibels in both ears; at 4000 hertz 10 decibels in both ears. He signs his name legibly.

**PHYSICAL EXAMINATION**

GENERAL: The patient is a very pleasant, cooperative 43-year-old African American male who appears to be his stated age. The patient sits comfortably in the exam room chair. The patient stands and climbs onto the exam table without any difficulty. The patient lays down supine and sits back up without difficulty. The patient's speech is very dysarthric and I have marked difficulty understanding him. Adequate rapport is obtained with some difficulty. The patient understands conversation and commands without difficulty.
HEENT: TMs are clear. Pupils are midsized, equal, round and reactive to light and accommodation. EOM's intact. Fundi benign. Sclerae are non icteric.
NECK: Neck is a bit stiff with no anterior or posterior cervical adenopathy noted and no carotid bruits. The thyroid is normal size, shape, and consistency.
CARDIAC EXAMINATION: Cardiac exam shows the PMI right of midclavicular line, S1 and S2 without S3 or S4. No rubs, thrills or murmurs are noted.
LUNGS: Lungs are clear to auscultation and percussion.
ABDOMEN: Abdomen is without masses, organomegaly or tenderness.
GU EXAMINATION: GU examination shows both testicles down. They are normal. No inguinal hernias are noted.

9500 INDEPENDENCE DRIVE, SUITE 900, ANCHORAGE, ALASKA 99507-48__
(907) 522-1341 • FAX (907) 522-1343

JOSEPH MILLER                            3                         December 22, 2003

MUSCULOSKELETAL EXAM: Directed examination of the upper extremities show them both to be present and fully functional with motor and sensory intact. Directed examination of the lower extremities show them both to be present and fully functional with motor and sensory intact.

The patient does have some modest swelling about both Achilles tendons and they are quite tender to palpation. The patient has an MRI scan of his left Achilles which shows marked tendinitis and I suspect similar findings on the right. Directed examination of the left knee shows a negative spring, negative drawer, but a positive McMurray.

The patient passes his Romberg test. The patient's gait is fairly brisk and symmetric up and down the hallway.

X-RAYS: Cervical spine x-rays were obtained and they show marked reversal of the normal cervical curve. However, the oblique show no foraminal encroachment. X-rays of the left knee show degenerative changes in all compartments of the knee with spurs and probable loose bodies.

DISCUSSION

This patient has very dysarthric speech and is very difficult to understand without repetitive questioning and careful listening to his responses. The patient has bilateral Achilles tendinitis which apparently is chronic. He has significant degenerative disease of the left knee and he has evidence of considerable spasms of the neck on cervical spine x-rays.

If I can be of any further assistance in the evaluation of this patient please feel free to contact me.

Regards,

Ernest J. Meinhardt, MD

CEF,EM/lml

Speech Services, Inc.,
Darlene K. Batchelder, M.A., CCC
Speech/Language Pathologist
800 E. Dimond Blvd., 3-310
Anchorage, Alaska 99515
dkbatcheldersIp@yahoo.com or assistak@yahoo.com
(907) 349-2112   FAX # 522-2922

83924
Marge
JAN 08 2004

## COMMUNICATION EVALUATION REPORT

Name: Miller, Joseph
Sex: M
Date of Birth: 4-8-60
C.A. 43 years
Date of Evaluation: 12-23-03

Mr. Miller was referred for a speech/language evaluation because his speech is difficult to understand. He is receiving physical therapy for herniated disks in his neck and exhibits a speech impairment following nerve damage he received during a dental procedure; in 2001.

**ARTICULATION** (The ability to produce correct speech sounds in words and conversations).
Severity Rating: severe.
Sounds in error:   Substitution    f/th, ts/ch, s/sh, dz/dg, v/th, w/r
                   Omission.       y, and Final k,
                   Distortions of multiple sounds in conversational speech.

**KAUFMAN SPEECH PRAXIS TEST (KSPT)**

|                              | Percentile |
|------------------------------|------------|
| Part 1 (oral movement)       | <1         |
| Part 2 (simple)              | <1         |
| Part 3 (complex)             | <1         |
| Part 4 (spontaneous length)  | <1         |

KSPT Rating Scale/Diagnosis Verbal Apraxia (Secondary Planning)—Severe length and complexity factors cause the system to disintegrate, contributing to unintelligibility (polysyllabic words most difficult). Inability to perform oral diadochokinesis, inconsistent, off-target attempts on certain words of increased length or complexity. Oral scanning/groping during imitative attempts.

**INTELLIGIBILITY** (The ability to be understood by others). Speech is more than 50% unintelligible to an unfamiliar listener of the same linguistic background.

**ORAL EXAMINATION** Abnormal findings which may affect speech production: Joseph was not able to: protrude tongue, lateralize tongue left (consistently), alternate tongue lateralization. When tongue is stroked with a tongue blade, it moves to the right. Joseph complained that while eating, food pockets in his left cheek and he is not able to clear his mouth, during a swallow. He drinks water (mainly through a straw on the right side of his mouth) to try and clear the food from his mouth.

**RATE OF SPEECH** Slow and labored.

**HEARING** Passed hearing screening at 20 dB HL, bilaterally. Joseph was able to respond to sounds and follow verbal directions.

**VOICE AND FLUENCY** (pitch, quality, and tone of speech; fluency is the rate and smoothness of conversational speech). Pitch, quality and loudness are not appropriate for age and sex. Dysfluent speech patterns are from labored production of sounds.

**LANGUAGE** **Receptive** language: The ability to comprehend and process information.
**Expressive** language: How one conveys meaning and expresses needs and wants; verbally or nonverbally.

Attachment 2, Page 1

Exhibit B
Page 8 of 9

Statement of Facts

Miller, Joseph
Page two

## COMPREHENSIVE RECEPTIVE & EXPRESSIVE VOCABULARY TEST CREVT-2

Assesses both receptive and expressive vocabulary knowledge of words representing 10 commonly experienced content topics (animals, transportation, occupations, clothing, foods, personal grooming, tools, household appliances, recreation, and clerical materials).

|  | Standard Score | Age Equivalence |
|---|---|---|
| Receptive Vocabulary | 88 | >18 |
| Expressive Vocabulary | 101 | >18 |
| Composite of General Vocabulary | 93 | >18 |

90-110=Average    80-89= below average  70-79= poor   <70=Very poor

**INTERPRETATION** Evaluation conducted in individual's primary language or mode of communication. Environmental, cultural, and economic factors were considered and are not related to the communication disorder. Joseph had removal of #17 tooth, 10-8-01, by Dr. Deebs, in Arizona, resulting in broken jaw and cranial nerve damage. His speech is very difficult to understand. Length and complexity factors cause the system to disintegrate, contributing to unintelligibility (polysyllabic words most difficult). Inability to perform oral diadochokinesis, inconsistent, off-target attempts on certain words of increased length or complexity. Oral scanning/groping during imitative attempts. Joseph was not able to: protrude tongue, lateralize tongue left (consistently), alternate tongue lateralization. When tongue is stroked with a tongue blade, it moves to the right. Results of testing indicate normal language skills. Joseph exhibits Verbal apraxia (Secondary Planning)--severe [the inability to plan and execute nonhabitual motor speech tasks. Specifically it is the inability to coordinate the oral movements necessary to produce and combine speech sounds to form syllables and words in the absence of oral paresis or paralysis], and a moderate voice impairment. He complains of problems with his left face and jaw, as well as difficulty eating and swallowing; pocketing of food in left cheek and coughing (may be aspirating food), while eating and drinking (suspect damage to Cranial nerves V, VII, and possibly X and XII). Joseph exhibits change of pitch and the quality of his voice is strained. Prognosis for speech therapy is poor.

**IMPRESSION** Joseph exhibits Verbal Apraxia as a result of nerve damage during a dental procedure, in October, 2001. Joseph has had speech difficulties since that time. Pre-morbid state was normal speech. His intelligibility to an unfamiliar listener is less than 50% for someone of the same linguistic background. Joseph uses facial expression, mime, gestures, and written words to help clarify his communicative intentions. Prognosis for traditional speech therapy is poor and Joseph would benefit from using an augmentative device that would help him increase his ability to communicate with peers and others, with whom he comes in contact, on a daily basis.

**SEVERITY RATING**
Articulation:       severe verbal apraxia
Language:           normal
Voice:              moderate
Fluency :           moderate due to apraxia

**AUGMENTATIVE COMMUNICATION NEEDS:**
Individual would benefit from the use of a speech generating device to help augment his speech and increase his ability to communicate with others. Will refer to ATLA.

**RECOMMENDATIONS:**
Refer to *ATLA for an evaluation for a speech generating device to help augment his speech.
Refer for swallowing study to determine if modified diet will decrease coughing (possible aspiration) and pocketing of food in left cheek.
*ATLA (Assistive Technology Program)  2217 E Tudor Rd      563-0699

*(signature)*
Darlene K. Batchelder, M.A., CCC.
Speech-Language Pathologist

Attachment 2, Page 2

Exhibit B
Page 9 of 9