# EXHIBIT 6

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

JOSEPH MILLER,

    Plaintiff,

vs.

Corrections Corporation of America,
a/k/a "CCA", a Foreign Corporation
Authorized to Do Business in Alaska,
d/b/a Central Arizona Detention
Center,

    Defendant.
_____)

NO: A03-0266 CV (JWS)


DEPOSITION OF DARLENE K. BATCHELDER, M.A.

Friday, August 20, 2004, 9:25 p.m.

Anchorage, Alaska


### Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage AK 99501-3520



Rick D. McWilliams, RPR, Ret.
Fred M. Getty, RPR, Ret.

Telephone 907.276.1680
Email AkSteno@aol.com
Fax 907.276.8016

1  reflect that?

2  A.        (Witness shakes head.)

3  Q.        No?

4  A.        No, I didn't. Sorry.

5  Q.        Okay. "If speech services had been

6  instituted immediately, after the healing of the

7  broken jaw, it is likely that more compensatory

8  strategies could have improved his speech function."

9            Now, what is the basis for that opinion?

10 A.        Any time we have injury, once it heals, we

11 have a small window where stimulation can sometimes

12 help. So having him do certain oral motor exercises

13 would maybe have helped somewhat. I wish I could say.

14 I just don't know.

15 Q.        All right. So you can't really say to any

16 reasonable degree of probability that would have

17 helped in this case, right?

18 A.        No, I don't know. But I know if we had had

19 a chance to do some work, there could have been

20 some -- there could have been some help.

21 Q.        So what you're saying is that there was a

22 possibility it might have helped him.

23 A.        In that short window.

24 Q.        But it's not more likely than not it would

25 have helped him.

1   to the extent of good speech, it would never
2   have helped.
3   Q.          And you can't say either to what degree,
4   whether that would have made him 60 percent
5   understandable or 70 percent? You can't say?
6   A.          I can't say that.
7   Q.          All right. Now, you haven't had an
8   opportunity to take a look at the report that we had
9   prepared by Michael Powers, a Board certified
10  neurologist?
11  A.          No, I haven't seen it.
12  Q.          And if Dr. Powers says that speech therapy
13  would not have helped improve the function of that
14  nerve, would you -- would you defer to what
15  Dr. Power's opinion is?
16  A.          I don't know anything about him, but I would
17  probably defer to him, of course.
18  Q.          At what -- when you say "after the healing
19  of the broken jaw," what time frame, if you can even
20  say, would that have occurred after the initial
21  insult? How long would that have been when you say
22  that, you know, it would be helpful to start speech
23  services?
24  A.          All I have to go by is my professional --
25  when I work with cleft palate clinic, I work with kids

27