# EXHIBIT 7

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOSEPH MILLER | |
| Plaintiff, | Case No. A03-0266 CV (JWS) |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, a/k/a "CCA", a foreign corporation authorized to do business in Alaska, d/b/a CENTRAL ARIZONA DETENTION CENTER, | |
| Defendant. | |

## DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S SECOND SUPPLEMENTAL (EXPERT) DISCLOSURE STATEMENT

Defendant Corrections Corporation of America hereby submits its Disclosure of Expert Witnesses pursuant to Rule 26(a)(2), Fed. R. Civ. P., as follows:

1.    J. Michael Powers, MD
      525 N. 18th Street, Suite 602
      Phoenix, Arizona 85006-4101
      602-271-0950

Dr. Powers has prepared a report and analysis regarding the extent of the neurological injury incurred by Plaintiff during the surgery performed by Dr. Deeb. His testimony will be consistent with the information contained in his report, which is attached as Exhibit 1.

In addition, Dr. Powers' Curriculum Vitae, recent trial and deposition testimony, and a list of publications is attached as Exhibit 2.

*MILLER V. CORRECTIONS CORPORATION OF AMERICA, ET AL*
*DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S SECOND SUPPLEMENTAL (EXPERT) DISCLOSURE STATEMENT*
*CASE NO.: A03-0266 CV (JWS)*
*PAGE 1 OF 2*

Exhibit D
Page 1 of 23        Statement of Facts
                    Exhibit 7 - page 2 of 23

This disclosure is based on the records produced by Plaintiff's counsel thus far.

To the extent that releases or records have not been provided, Defendant reserves the right

to supplement this disclosure.

DATED this _29th_ day of July, 2004.

JONES, SKELTON & HOCHULI, P.L.C.

By _Jennifer Holsman for_
    Daniel P. Struck
    Jennifer L. Holsman
    2901 North Central Avenue
    Suite 800
    Phoenix, Arizona  85012

SANDBERG, WUESTENFELD & COREY
    Michael D. Corey
    ABA #8511130
    701 W. 8th Avenue
    Suite 1100
    Anchorage, Alaska 99501
    (907) 276-6363

    Attorneys for Defendants, *Corrections
    Corporation of America*

**ORIGINAL/ONE COPY** of
the foregoing filed this 29th
day of July 2004, with the
Clerk of the United States District
Court for the District of Arizona.

**COPY** of the foregoing mailed even date to:

Joe P. Josephson, Esq.
JOSEPH & ASSOCIATES, P.C.
912 W. Sixth Avenue
Anchorage, Alaska 99501
Attorneys for Plaintiff *Joseph Miller*

*Carol D. Madden*

MILLER V. CORRECTIONS CORPORATION OF AMERICA, ET AL
DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S SECOND SUPPLEMENTAL (EXPERT) DISCLOSURE STATEMENT
CASE NO.: A03-0266 CV (JWS)
PAGE 2 OF 2

**AFFILIATED NEUROLOGISTS, LTD.**
525 NORTH EIGHTEENTH STREET, SUITE 602
PHOENIX, ARIZONA 85006

J. MICHAEL POWERS, M.D.

TELEPHONE
(602) 271-0950
FAX NUMBER
(602) 258-1386

June 8, 2004

DANIEL P STRUCK ESQ
JENNIFER L HOLSMAN ESQ
JONES SKELTON AND HOCHULI
2901 N CENTRAL AVE STE 800
PHOENIX AZ 85012

RE: MILLER, Joseph VS Corrections Corporation of America

Dear Mr. Struck and Ms. Holsman:

**OPINIONS:**

I was provided with the medical records of Joseph Miller. They have been reviewed from my neurological perspective regarding symptoms reported following extraction of the T17 (left lower rear molar) on October 8th, 2001. Specifically he has reported oral numbness with associated difficulties speaking and swallowing.

At the time of the dental extraction he was felt to have sustained a mandibular fracture. He was seen the following day complaining of numbness following the extraction. Records indicate that he was complaining of numbness in the left side of the tongue with some speech impediment. He requested another oral surgical opinion and on December 13, 2001 a referral was initiated indicating that he was reporting paresthesias which were reported to have diminished considerably. In a handwritten note dated February 25th, 2002 Mr. Miller stated "my tongue is still lost of motion on the left side. I get a shock when saying word like yellow. Also when brushing teeth and cannot touch the gum on the left side, I get a shock. My tongue yet feel like a rubber band is on the left side pulling it downward and my speech is still impaired."

On January 25, 2002 he had been seen for another opinion by Dr. John Wenaas who reported a 50% improvement since October 8, 2001 and continued improvement over the next three to six months was anticipated. Dr. Wenaas noted "no other acceptable treatment options. Patient fully understands discussion. X-rays negative for pathology."

In a follow-up dental evaluation by Dr. Powell on March 12, 2003 it was noted that his speech was still slurred and that when he brushes or flosses the last tooth (#18) his tongue gets shocks. Dr. Powell noted that there was improvement in the paresthesias.

June 8, 2004
RE: MILLER, Joseph VS Corrections Corporation of America
Page Two

A history and physical examination performed on December 22, 2003 by Ernest Meinhardt, M.D. was focused on a complaint of speech impairment and neck pain radiating into the left arm. Dr. Meinhardt obtained the history that he was having difficulty saying all words. He observed "the patient's speech is very dysarthric and I have marked difficulty understanding him." He did not provide a diagnosis.

A speech pathology evaluation performed by Darlene Batchelder on December 23, 2003 reports that Mr. Miller was not able to protrude his tongue, move his tongue to the left, or able to clear food from his mouth. His speech was described as very difficult to understand. Ms. Batchelder concluded that he exhibited verbal apraxia and then suspected that he had damage to cranial nerves 5, 7 and possibly 10 and 12.

In summary Mr. Miller had a dental extraction from the left posterior mandibular region with a resultant local fracture. Afterwards he reported some sensory distortions in the left side of the tongue consistent with injury to the lingual nerve. Early on he describes some reduced sensation as well as some electric shock sensations and he was observed to have some slurring of speech. The evaluations from December 2003 suggest that his speech had become considerably less distinct and that he was reporting difficulty moving his tongue. The lingual nerve is a purely sensory nerve and damage to that nerve would not result in any weakness of the tongue. Injury to the lingual nerve would not produce a verbal apraxia. Injury to the lingual nerve could produce a mixture of reduced sensory perception on the affected half of the tongue and this in turn could have some limited effect on speech clarity. One would expect injury to the lingual nerve to slowly heal over time and the early records indicate this was occurring.

Injury to the lingual nerve could produce some electric shock sensations provoked by tongue movement. This in turn could result in volitional reduction of tongue movement. One would expect this pattern of symptoms to improve over time.

Both the operating oral surgeon, Dr. Deeb, as well as the other consulting oral surgeon, Dr. Wenaas, both felt that there was nothing to offer aside from time. I agree that there is no therapeutic modality that will improve the rate of nerve regeneration. Speech therapy was not needed early in his post extraction period. Indeed, if speech therapy is to be utilized it would be more appropriate to wait for spontaneous nerve regeneration and then initiate therapy once nerve regeneration has occurred.

In my opinion any delay in initiating speech therapy was not responsible for his persisting symptoms. It should be noted that the speech therapist performing the evaluation in December 2003 made a number of diagnoses, essentially none of which are supported by the medical facts.

To the extent that Mr. Miller has incomplete regeneration of the lingual nerve he may experience some reduction or distortion of sensation on the left side of the tongue. If indeed he has residual impairment of lingual nerve function there is no therapeutic intervention which could have been performed which would have resulted in improved nerve regeneration.

Exhibit D
Page 4 of 22

June 8, 2004
RE: MILLER, Joseph VS Corrections Corporation of America
Page Three

It is of interest to note that Ms. Batchelder at the time of her December 2003 evaluation felt that traditional speech therapy had a poor prognosis.

It is not possible to determine whether a fixed neurologic deficit exists based on the December 2003 medical records. They are inadequate for making such a determination. Again, it should be noted that the pattern of weakness of tongue movement reported in the December 2003 speech therapy evaluation, if real, would not result from a lingual nerve injury. If he is indeed shown to have paresis of tongue movement an alternative condition unrelated to the dental extraction of October 2001 would be expected to be responsible.

Attached please find copies of my CV, recent trial and deposition testimony, and representative plates from The Atlas of Human Anatomy by Frank Netter, M.D. demonstrating the course of the relevant structures in the head and neck.

## MATERIALS REVIEWED:

Defendants Rule 26.1 initial disclosure statement, records from Independence Park x-ray, Department of Corrections Health Care problem list, medical summary for prisoner transfer, Spring Creek Correctional Center medical diet orders, Department of Corrections progress notes, Miller's rhythm strip, laboratory reports, EKG report, Correctional Center physical therapy notes, Miller's dental records, master problem list from Correction's Corporation of America, Miller's immunization records, Miller's initial health screening form, inmate/resident health appraisal form, inmate/resident immunization TB record, radiology report Florence Pinal Institution, Central Arizona Detention Center dental records, EKG reports, laboratory reports, initial and periodic dental examination from Central Arizona Detention Center, Central Arizona Detention Center sick call request, consultation reports and additional Central Arizona Detention Center sick call requests, Central Arizona Detention Center progress notes, pulmonary clinic follow-up visit report, therapeutic diet request, pulmonary clinic reports, physician order sheet, consultation reports, sick call request, Miller's medication administration record and plaintiff 's responses to defendant's request for production (which include the 04/02/04 to whom it may concern statement from Darlene Batchelder), plaintiff 's response to defendant's request for admission, and plaintiff's response to defendant's request for nonuniform interrogatories.

## BACKGROUND AND QUALIFICATIONS:
See attached curriculum vitae.

## PUBLICATIONS:
See attached curriculum vitae.

## COMPENSATION:
I charge $300.00 an hour for all evaluation other than $400.00 an hour for deposition testimony and $1500.00 per half day for court testimony.

June 8, 2004
RE: MILLER, Joseph VS Corrections Corporation of America
Page Four

**PREVIOUS TESTIMONY AS EXPERT:**
See attached list.

**EXHIBITS TO BE USED AT TRIAL:**
To be determined as needed to demonstrate the anatomy relevant to the issues of concern at the time
of trial.

Respectfully,

J. Michael Powers, M.D.

JMP/am:rrw

Enclosure

1

# CURRICULUM VITAE

**J. MICHAEL POWERS, M.D.**
**525 NORTH 18TH STREET, SUITE 602**
**PHOENIX, ARIZONA 85006**
**PHONE: 602-271-0950**
**FAX: 602-258-1386**

**BORN:**  April 12, 1945:  San Diego, California

**FAMILY:**  Married: Linda 1968-
Children: Wendy 1971; Megan 1973

**EDUCATION:**  Elementary through High School: Shenandoah, Iowa,  graduated 1963
Grinnell College, Grinnell, Iowa: 1963-1967, B.A., Biology
University of Iowa College of Medicine: 1967-1971, M.D.
Ohio State University Hospital: 1971-1972,  Medicine Internship
University of Iowa Hospitals and Clinics: Residency in Neurology
   First Year: 1972-1973
   Second Year: 1975-1976
   Third Year, Fellow-Associate: 1976-1977

**MILITARY:**  Head of Neurology Division Fort Leonard Wood Army Hospital,
   Fort Leonard Wood, Missouri: 1973-1975.  Major

**AWARDS**  Alpha Omega Alpha, Honor Medical Society, 1971
Army Commendation Medal, 1975
Fellow, American Academy of Neurology
Attending Physician of the Year, Division of Neurology,
   Barrow Neurological Institute: 1981-1982, 1986-1987
Desert Southwest Chapter, National Multiple Sclerosis Society
   Hall of Fame Award, 1990
   Ruth Demopolis Award, 1993
Who's Who in Medicine and Healthcare, 1st Edition, 1996-1997

**LICENSURE:**  Iowa,  No. 18675,  July 12, 1972, lapsed
Arizona No. 9809, April 22, 1977

**CERTIFICATION:**  American Board of Psychiatry and Neurology, 1979, No. 19659

Exhibit   D
Page 1 of 22

2

| | |
|---|---|
| **MEDICAL STAFF MEMBERSHIP:** | St. Luke's Medical Center, 1977- Active Staff, St. Joseph's Hospital and Medical Center, 1977- Good Samaritan Medical Center, 1977-2000 Healthwest Regional Medical Center (Doctor's, Humana), 1977-1999 |
| **SOCIETY MEMBERSHIP:** | American Academy of Neurology, Fellow Maricopa County Medical Society Arizona Medical Association American Medical Association |
| **PRESENT APPOINTMENTS:** | Member: Professional Advisory Committee, Desert Southwest Chapter, National Multiple Sclerosis Society 1982-, Chairman 1982-1995 Member: Board of St. Luke's Health Initiatives (St Luke's Charitable Health Trust) , 1995- Vice-Chairman, 1995, Chairman 1996-98 Director: Clinical Neurophysiology Laboratory, St Luke's Medical Center, 1977- Board of Governors, Arizona Foundation for the Eye, 2003- |

Arizona Medical Association:
  Delegate 1982-,
  Secretary, Executive Committee, 1994-1996
  Vice President, Executive Committee, 1996-97
  President-Elect 1997-98
  President 1998-1999
  Immediate Past President-1999-2000
  Outgoing Past President 2000-2001
  Alternate Delegate to the AMA, 2002-
  Member, Board of Directors 1994-
Committee Member:
  Bioethics Committee 1994-,
  Articles of Incorporation and Bylaws Committee 1994-
  Committee on Legislative and Governmental Affairs 1994-
  Finance Committee 1994-
  Maternal and Child Healthcare 1994-1999
  Long Range & Strategic Planning 1994-1997
  Medical Education 1994-1999
  Ad hoc Committee on Insurance Reform, Chair, 1999-2001
  Committee of Reports and Resolutions, 1988, 1989;
      Chairman, 1990, 2003
Committee on Amendments Chairman 1996, 2001, 2002. 2003,
Nominations Committee 2001, Chairman 2000

3

**PAST
APPOINTMENTS:**

Library Board, Maricopa County Medical Society, 1984-1986
Editor, Neurology Section, Arizona Medicine, 1982-1985
Barrow Neurological Institute Board, Member at Large, 1987-1990
Board of Directors, Maricopa County Medical Society, 1987-1989
Chairman, Membership Committee, Maricopa County Medical
   Society, 1989
Member: National Board of PAC Chairs, National Multiple Sclerosis
   Society, 1992-1995
Member,  Board of Trustees,  Desert Southwest Chapter,
   National Multiple Sclerosis Society   1992-1995
Director: Section of Neuro-ophthalmology, Division of Neurology,
   Barrow Neurological Institute 1978-1995
Member: Board of Trustees, St Luke's Health System, 1990-1995
   Vice-Chairman, 1993-1995
Member: Board of Trustees, St Luke's OrNda-Tenet-Iasis Health
System, 1995-2002
Chairman: Quality Management Committee, St Luke's Health
   System, 1992-1995
President of Medical Staff, St Luke's Medical Center, 1990-1991
Vice President of Medical Staff, St Luke's Medical Center, 1988-
   1989
Secretary-Treasurer of  Medical Staff, St Luke's Medical Center,
   1986-1987
Member: By-Laws Committee, St Luke's Medical Center, 1992-1999
Member: Nominations Committee, St Luke's Medical Center, 1992-9
Member, Executive Committee, St Luke's Medical Center, 1983-1993
Member, Department of Medicine, St Luke's Medical Center, 1981-
   Chairman: 1983-1985
 Quality Assurance Committee, St Luke's Medical Center,
   Chairman: 1988-1989
   Vice-Chairman 1986-1987
Member: Institutional Review Committee, St Luke's Medical
Center,   1981-2002
Member, Arizona Health Futures Advisory Group, KAET-TV/
   Horizon, 1999-2000

Elected: Madison School District Board of Trustees 1982-1985
   Clerk: 1983
   President: 1984
Member: Citizen's Bond Advisory Committee,
   Phoenix Union High School District, 1987
Member: Blue Ribbon Committee on School Finance;
   Chairman, Instructional Support Subcommittee,
   Phoenix Union High School District, 1989

Exhibit  D
Page 9 of 22

4

**TEACHING
CONFERENCE:**    Weekly Neuro-ophthalmology Conference, Barrow Neurological
Institute 1977-1995
Annual Ophthalmic Assistant Course, St Luke's Medical Center
Topic: Neuro-ophthalmology
Osler Club, member 1981-

**PRESENTATIONS
AND LECTURES:**    Symposium on Multiple Sclerosis: "Etiologic Update"
Baptist Hospital,  Phoenix , AZ,  October 25, 1980
Symposium on Rehabilitation Nursing: "Neurological Testing"
Rehabilitation Specialists Group, Phoenix, AZ,  July 10, 1981
Department of Psychiatry Conference, "Evoked Potentials in the
Practice of Neuropsychiatry", St Luke's Hospital, Phoenix, AZ,
January 21, 1982
Department of Medicine Conference: "Electrodiagnosis in
Medicine"
St Luke's Hospital, Phoenix, AZ,  November 12, 1982
Toxicology Clinical Conference: "Drug Induced Movement
Disorders"
St Luke's Hospital, Phoenix, AZ, January 14, 1983
Conference: Chronic Illness and the Family; Panel Participant,
St Joseph's Hospital, Phoenix, AZ,  April 15, 1983
Current Perspectives in Cerebrovascular Disease:  "Medical
Treatment of Stroke"  Arizona Medical Association, Phoenix, AZ,
December 14, 1983
Gerontology Course: "Neurological Problems of the Elderly"
St Luke's Hosptial, Phoenix, AZ, October 11, 1984
Department of Psychiatry Conference: "The E.E.G. in Psychiatry"
St Luke's Hospital, Phoenix, AZ, November 30, 1984
Current Perspectives: Curbstone Consultations
Discussant: "Neuro-ophthalmology": "Neurological Myths"
Arizona Medical Association Annual Meeting,  April 25, 1985
Neuroscience Nursing Graduate Program: "Guillain-Barre
Syndrome,
Multiple Sclerosis and Neuro-immunology",
Barrow Neurological Institute, Phoenix, AZ,
November 5, 1985; April 29, 1986; October 21, 1986
Arizona State University Student Health Seminar, Tempe, AZ
"Multiple Sclerosis", December 9, 1985
"Seizure Disorders", November 10, 1986
Changing Concepts in Headache Diagnosis and Treatment:
Seminar Panel Participant,  St Luke's Medical Center,  Phoenix,
AZ,  April 26, 1986
Gerontology Clinical Conference: "Movement Disorders in the
Elderly"    St Luke's Medical Center, Phoenix, AZ,

5

Conference on Visual Impairment: "Visual Processing: The Eye
and the Brain"  Prentice Eye Institute, Phoenix, AZ
January 30, 1987
Barrow Neurological Institute Grand Rounds:  CPC discussant:
Ophthalmoplegia and cavernous sinus thrombosis (Nocardia
meningitis) Phoenix, AZ, March 24, 1995
Use and Misuse of EMG and NCV in  the Upper Extremity, Hand
Surgery  Conference St. Luke's Medical Center, Phoenix, AZ,
November 6, 1996
Multiple Sclerosis and Stroke, Arizona Department of Economic
Security inservice training for Vocational Rehabilitation
Counselors, Phoenix, AZ February 24, 1999
Managing Behavioral Health Problems in Primary Care
(Moderator and Faculty Member) SLHI, Phoenix, March 22, 2002

PUBLICATIONS:    Kimura J, Powers JM, Van Allen MW: Reflex Response of
Orbicularis Oculi to Supraorbital Nerve Stimulation.  *Archives of
Neurology*  21:193-199, 1969.

Ionasescu V, Schochet SS, Powers JM, Koob K, Conway TW:
Hypokalemic Periodic Paralysis. *Journal of the Neurological
Sciences*, 21:419-429, 1974 .

Yamada T, Kimura J, Young S, Powers JM: Somatosensory Evoked
Potentials Elicited by Bilateral Stimulation of the Median Nerve,
*Neurology*, 28:218-223, 1978.

Powers JM, Block M: Primary Hypothyroidism With Reversible
Hyperprolactinemia and Pituitary Enlargement.  *Arizona
Medicine* 37:256-258, 1980.

Powers JM: Electroretinography and Oculography. *Arizona
Medicine* 37:838-840, 1980.

Powers JM: Decongestant Induced Blepharospasm and Orofacial
Dystonia.  *Journal of the American Medical Association.*,
247:3244-3245, 1982.

Powers JM: Drug Induced Movement Disorders. *Arizona Medicine*,
40:464-467, 1983.

Powers JM: Medical Therapy of Stroke. *Arizona Medicine*,
41:390-392, 1984.

6

Powers JM: Blepharospasm Due to Unilateral Diencephalon
 Infarction  *Neurology (Cleve)* 35:283-284, 1985.

Powers JM: Neurosarcoidosis with Cortical Blindness.
 *J. Clin. Neuro-ophthalmol.,*  5:112-115, 1985.

Powers JM, Schnur JA, Baldree ME: Pseudotumor Cerebri Due to
 Partial Obstruction of the Sigmoid Sinus By a Cholesteatoma.
 *Archives of Neurology,*  43:519-521, 1986.

Powers JM: Herpes Zoster Maxillaris with Delayed Occipital
 Infarction   *J. Clin. Neuro-ophthalmol.,* 6:113-115, 1986.

Ehsan T, Hasan S, Powers, JM, Heiserman JE: Serial Magnetic
 Resonance Imaging in Isolated Angiitis of the Central Nervous
 System. *Neurology (Cleve) ,* 45:1462-1465, 1995.

J. Michael Powers, M.D.

Expert witness depositions and court testimony 1998-

Kim Vs Yuma Co. (CV96-00212, Yuma Co)(multiple traumas) trial testimony 1998.  Pl Mark Meltzer, Def Paul Holloway (Holloway, Odegard & Sweeney)

Glenn vs Mercy Healthcare (CV 97-07165) (hospital fall:subdural hematoma/seizures) Deposition 1998.  Pl Michael Hughes, Def John Michaels (Beale & Michaels, Scott Hergenroether (Goodwin Raup).

Dey vs State Farm Mutual Automobile Ins. Co.(auto accident/cervical spine) Arbitration 1998. (Pl. Sturart Reilly, Def Ronald Collett, (Jones, Skelton & Hochuli):

Scara vs Snyder. (SC 95 V 000385 Yuma)(auto accident-cervical and lumbar spine) Deposition 1998.  Pl David Cluff, Def Robert Bruno (Teilborg, Sanders & Parks)

Roberts vs U.S.A. (CIV 96-2394.PHX RGS) (Stroke) Treating physician. Deposition 1998.  Pl. Richard Weissman (Van Baalen Law Offices), Def Ann Harwood (U.S. Attorney's Office)

Einbinder vs Community Hospital of Chandler, Nachmanson et.al (CV 96-21463) (staph epidural abscess) Deposition 1998.  Pl Kevin Keenan (Harris & Palumbo), def: Richard Delo (Jennings, Strouss & Salmon), Stephen Bullington (Jones, Skelton & Hochuli), Frederick Cummings, (White, Cummings & Longino).

Brown vs J.C. Penny, Inc. (CV-994-0200 Yavapai) (leg injury ?nerve) Deposition 1998.  Pl. Charles Frankel, Def Paul Cronin Jr. (Cronin & Stanewich).

Jarvis vs Opie (CV 98-90150) (myelopathy following chiropractic manipulation) Treating physician. Deposition 1999.  Pl. Reed Tolman  (Tolman & Osborne), Def. Roger Morris (Streich Lang), Terrence Woods (Broening, Oberg, Woods, Wilson & Cass).

Vogt vs Vogt (CV 96-20250) (multiple sclerosis/auto accident) Trial Testimony 1999.  Pl. Steven Copple (Copple, Chamaberlin, Boehm & Murphy), Def John Michaels, (Beale & Michaels).

Bednarczyk v. Bank One (CV 14747) (cervical spondylosis/fall) Deposition 1999.  Pl. Joel Robbins (Robbins Foreman & Bouma) Def. Thomas Dixon (Beale & Michaels).

Holmes vs Maricopa County (CV 98-00446) (post operative accessory neuropathy) Deposition 1999.  Pl Jerry Busby, Def Gordon Goodnow (Maricopa County Attorney's Office).

Wranesh vs Curtin (CV 98-12316) (alleged ulnar neuropathy) Deposition 1999.  Pl Karen Lugosi, Def Neal Alden (Teilborg, Sanders & Parks).

Galterio vs Adler (CV 98-17039) (RSD varient) Deposition 1999.  Pl Christopher Payne (Muchmore & Wallwork), Def W. Charles Thomson, III, (Gallagher & Kennedy).

Oakes vs Cottonwood Medical Center (CV 97-44857) (stroke) Deposition 1999. Pl. Kenneth Clancy (Leonard and Clancy), Def. Scott Hergenroether (Goodwin Raup).

Eckstaine/Schuppan vs Schultz (CV98-02562) (concussion MVA) Video Testimony 1999) Pl Douglas Thomas (Thomas & Lucas), Def. Ben Thomas (Thomas & Elardo).

Spriggs vs Zeitzer (CV 98-90012) (brachial plexopathy) Deposition and Trial 1999.  Pl Karen Lugosi , Def. Jay Fradkin  (Jennings, Strouss & Salmon).

Restum vs Samaritan/Guarnieri (CV 97-22429) (interscalene block with CNS damage) Deposition 1999.  Pl Thomas Ryan;  Dale Haralson (Haralson, Miller, Pitt & McAnally).  Def. Stephen Paul Forrest (Teilborg, Sanders & Parks), Thomas Bakker (Olson, Jantsch Bakker & Blakey.

Wactor vs University Physicians, et al. (No. 319346 Pima Co) (Cauda equina syndrome) Deposition 2000 Pl. Armand Salese (Salese & McCarthy).      Def Catherine Woods (MacBan Law Office).

Krutzig vs Papoff (CV 98-18147) (nerve injury) Depostion 2000.              Pl. Randy Hurwitz (Anderson, Hurwitz & Harward).  Def Harding Cure (The Cavanagh Law Firm).

Ralston vs Lind (CV 98-12611) (nerve injury) Deposition 2000.  Pl Kevin Keenan (Keenan & Porter), Def. Robin Burgess (Teilborg, Sanders & Parks).

Hockersmith vs Watson, Jerman, Northwest et al. (No. 326796 Pima) (tPA/Stroke) Deposition 2000.  Pl. Gus Aragon (Haralson, Miller, Pitt & McAnally), Def. Kari Zangerle (Teilborg, Sanders & Parks), Frederick Cummings (White, Cummings & Longino), Thomas Langan (Chandler, Tullar, Udall & Redhair).

Felix vs TMC Healthcare (No. 330540 Pima) (tPA/stroke) Deposition 2000.  Pl. Thomas Cotter (Haralson, Miller, Pitt & McAnally), Def. Tom Slutes (Slutes, Sakrison, Grant, Hill & Rubin).

Heater vs JC Lincoln (No CV 99-19480) (alleged hypoglycemia) Deposition, Trial 2000.  Pl Amy Langerman (The Langerman Law Offices), Def. John Black (Teilborg, Sanders & Parks).

Kidder vs Allwaste (CV 98-01878) (multiple trauma) Treating physician.    Deposition 2000, Arbitration 2001. Pl H. Eldon Hanson , Def Carol Romano (Renaud, Cook & Drury).

Pope vs Suber (No. CV99-11832) (moyamoya) Deposition 2000.
Pl. Sandra Rogers (Robbins & Green), Def.  Robert Feinberg (Snell & Wilmer), Peter Wittekind (Kent &Wittekind), Michael Golder (Lewin & Schneider), Peter Kline (Crawford & Kline), Susan McLellan (White & Cummings).

Gipson vs Hacienda (No. CV 99-07005) (seizure disorder) Trial testimony 2000. Pl. Monique Branscomb, Def. <u>Sharon Ravenscroft</u> (Goodwin Raup).

Wright vs LaPrade (No. CV 99-06791) (post-operative myelopathy) Deposition 2001. Pl. Lisa Lewallen (Jennings, Haug & Cunningham),
Def. <u>Richard Kent</u> (Kent & Wittekind).

Branch vs State Farm Insurance (claimed visual loss after auto accident) Deposition and Aribtration 2001. Pl. Mark Meltzer (Goldman &Kaplan), Der <u>David Bell</u> (Bell & O'Connor).

Nelson vs Fry's Electronics (CV 99-13839) (carpal tunnel syndrome ) Treating Physician. Deposition 2001. Pl. <u>Charles Richards</u> (Richards Law Office) Def. Mary Isban (Sanders & Parks).

Clark vs Cigna (no. CV 98-20582) (epidural abscess) Depostion 2001.
PI Daniel Adelman (Begam, Lewis, Marks & Wolfe), Def <u>Jay Fradkin</u> (Jennings, Strouss & Salmon).

Fuentes vs Thomas Davis Medical Centers (CV 99-22509) (brain abscesses) Deposition 2001. Pl. Scott Sahlman (Begam, Lewis, Marks & Wolfe), Def. <u>Kathleen Rogers</u> (Slutes, Sakrison, Grant, Hill & Rubin).

O'Conner vs Walmart (CV 2000-091433) (neck pain ) Deposition 2001.
Pl. Richard Gulbrandsen,  Def. <u>Benjamin Thomas</u> (Thomas & Elardo).

Urness vs Lutheran Health Systems/Casa Blanca et al
 (CV99-90849)(seizure/head trauma). Deposition 2001. Pl. Kevin Chapman (Roberts & Rowley), Def. <u>James Broening</u> (Broening Oberg Woods Wilson & Cass), William Sandweg (Robbins & Green), Kent Turley (Turley, Swan & Childers).

Cassidy vs ORNDA Healthcorp (CV 2000-017497) (stroke) Treating Physician. Deposition 2001. Pl. Michael Valder (Valder Law Offices),
Def. Joseph Kendhammer (Kendhammer & Holden), Carolyn Armer (Renaud, Cook & Drury). JMP by Jay Fradkin (Jennings, Strouss & Salmon).

Williams vs Phoenix Union High School District (CV 98-04005) (head trauma) Deposition 2001. Pl. Richard Treon (Treon, Strick, Lucia & Aguirre),  Def. <u>Steven Sparks</u> (Sanders & Parks).

Husack-Susoev vs Fitzwater (CV 2000-004699). (rear end collision-headache) Deposition 2001. Pl. Frank Verderame (Plattner Verderame), Def. <u>Ryan McCarthy</u> (Jones, Skelton & Hochuli).

Hernandez vs State of Arizona (CV96000108, Navajo Co) (epidural hematoma) Trial testimony 2001. Pl. Keith Knochel, Def. <u>Michael Prost</u> (Office of the Attorney General).

Gentry vs Walters (CV2000-003346) (Schizophrenia following auto accident) Depostion 2001.  Pl. Frank Powers/Anthony Palumbo (Harris Palumbo Powers & Cunningham), Def. Charles Callahan (Holloway Odegard Sweeney & Evans) and Michael Halvorson (Jones Skelton & Hochuli).

Gomez vs Thomas-Davis Medical Centers (CV 2000-012212) (cerebral hemorrhage) Deposition 2001.  Pl. Kevin Keenan (Keenan & Porter),
Def. Tom Slutes (Slutes, Sakrison, Grant & Hill).

Krossman vs Rychlik (CV2000-010484) (spinal epidural hematoma)  Deposition 2001.  Pl William Revis (William B Revis, Ltd), Def. Richard Delo (Jennins, Strouss & Salmon).

Doering vs Fry's (CV 2000-090452) (slip and fall) Deposition 2001, video testimony 2002. Pl. Paul Sacco,  Def. K Thomas Slack (Beale & Micheaels).

Jusaino vs Valdez (C20010135, Pima Co) (dyskinesia) Deposition 2002.  Pl. Philip Hall (Haralson, Miller, Pitt & McAnally), Def. Barry MacBan (MacBan Law Offices).

Farinas vs Ford Explorer/Firestone (CV 98-09813) (head trauma-independent evaluation) depostion 2002.  Pl Linda Williamson (Treon, Strick, Lucia & Aguirre), Def.  M. Brent Peugnet (Fennemore Craig),   Robert Moore (Broening Oberg & Woods), Scott Freeman (Squire, Sanders & Demsey).

Wisby vs Catholic Healthcare West (CV 2001-013798) (chemical meningitis/encephalopathy) Deposition 2002.  Pl Bruce Crawford (Crawford & Kline), Def William Jones (Jones, Skelton & Hochuli).

Cleveland vs Yavapai Community Hospital et al (CV2000-0495, Yavapai Co) (rpa induced cerebral hemorrhage)  Deposition 2002.  Pl. J. Leonard and K. Clancy (Leonard, Clancy & McGovern), Def Elizabeth Guth (Snell & Wilmer), Stephen Bullington (Jones, Skelton & Hochuli), Brian Burt (Fadell, Cheney & Burt), William Phillips (Broening, Oberg Woods Wilson & Cass).

McBlane vs DeAngelis (CV 2001-005939) (epidural injection/spinal cord hemorrhage) Deposition 2002.  Pl. Bruce Crawford (Crawford & Kline), Def. Stephen Paul Forrest (Sanders & Parks).

Richter vs Cigna (CV 99-20701) (hepatic encephalopathy/stroke) Deposition 2002.  Pl. Christopher Payne and Joel Robbins (Beshears Muchmore Wallwork), Def Stephanie Vithoulkas (Snell & Wilmer).

Powell vs Blatchford et al (C-2001-2572 Pima Co) (sinus surgery/brain injury) Depostion 2002.  Pl. Barry Davis (Piccarreta & Davis), Def Kari Zangerle (Sanders & Parks), Laura McBan (McBan Law Offices), Philip Grant (Philip Grant PLLC).

Berry vs Edison et al (CV99-02267) (cauda equina syndrome) Deposition 2002.  Pl. John Charland; J. Tyrrell Taber (Meyers, Taber & Meyers); Def. Mary Pryor (Cavanagh Law Firm) Vincent Montell (Sanders & Parks), Peter Wittekind (Kent & Wittekind), Dan Janstch (Olson, Janstch, Bakker & Blakey).

Ceimo vs General American Life Insurance Co. et al (CV00-1386)
(claimed disability) Deposition 2002. Pl. Steven C. Dawson (Dawson & Rosenthal); Def.
Brenden Griffin (Lewis and Roca).

O'Leary vs Singer (CV 2001-007366) (inguinal neuralgia)
Deposition 2002. Pl. Stephen Hopkins; Gregorio Garcia (Hopkins & Kreamer); Def Thomas
Bakker (Olson, Hantsch, Bakker & Blakey).

Drydyk vs Maselli (CV 99-20163) (neuroma/CRPS) Deposition 2003.
Pl. Warren R Brown, Def Peter Wittekind, (Kent & Wittekind).

Warren vs Banner Heath System, et al (CV2001-015616) Deposition 2003 (cerebral venous
sinus thrombosis) Pl. John Curtin (Law offices of John M Curtin); Def Jill Covington (Sanders
& Parks).

Curtis vs Pima County, Lippincott et al (C2000-1094 Pima Co) Deposition 2003.
(hydrocephalus)  Pl. Joel Robbins; Def Stephen Bullington (Jones, Skelton & Hoculi),
Christopher Smith (Smith Law Group), Michael Smith (Slutes, Sakrison & Hill).

Kauss/Lacondo vs Horsley (CV2002-02119) (head trauma/subdural hematoma) Deposition,
Trial 2003.  Pl John Bresio (Knapp & Roberts); Def Richard Kent (Kent & Wittekind), Adrian
Gough (Struckmeyer and Wilson).

Titus vs PMH, Smith, et al (CV98-11767) (cocci meningitis) Depostion 2003.  Pl James
Leonard (Leonard & Clancy); Def Peter Kline (Crawford & Kline), Sarah Sato-Brown (Olson,
Jantsch & Bakker), Robert Resnik (Goodwin Raup).

Neumann vs Team Physicians, et al (CV 2002-004379) (seizure, pulmonary embolus)
Deposition 2003.  Pl Barry Lewin (Lewin & Schneider); Def  Elizabeth Farhart (Snell &
Wilmer), Ginette Bray (The Cavanagh Law Firm).

Barnard v Hiatt, Moffat et al (CV2002-0042, Navajo County) (perioperative stroke)
Deposition 2003.  Pl Stephen Weiss (Karp, Heurlin & Weiss); Def Duane Olson (Olson, Jantsch
& Bakker).

Haruff vs Junck (CV2001-001831) (brachial plexopathy following PICC line) Deposition
2003.  Pl. Randy Hurwitz (Anderson, Hurwitz & Harward); Def Michael Ryan (Broening,
Oberg, Woods, Wilson & Cass).

Ramirez vs Anderson (C20022160) Pima co. (Alleged IME injury)  Court Testimony 2003.
Pl Mr Glicksman (Stompoly, Stroud, Glicksman & /erucjsib), Def Peter Akmajian   (Chandler,
Tullar, Udall  & Redhair).

Shaw vs Turner (CV 2002-015535) (back pain after MVA) Deposition 2004. Pl Michael
Harper (Rensch, Walker & Harper), Def: James Speer (Gust Rosenfeld).

Webb vs Singer, Cowan et al (CV 82003-0025, Yavapai County) (epidural abscess) Deposition 2004. Pl. Mark Samson (Keller Rohrback) Def: <u>Frank Parks</u> (Sanders & Parks), Josh Blumenreich (Campbell, Yost, Clare & Norell), Melinda Bechtel (Kent & Associates), Elizabeth Whitton (Broening, Oberg, Woods, Wilson).

Martin vs Southwest Family Medicine (CV2003-001586) (stroke) Deposition 2004. Pl Shawn Cunningham (Harris Palumbo Powers & Cunningham) Def <u>Richard Delo</u> (Jennings, Strouss & Salmon).

Secara vs Fairmont Insurance (CV 2002—020994) (limb pain) Deposition 2004. Pl Robert Hommel (Page & Hommel), Def <u>Jonathan Dessaules</u> (Meagher & Greer).

Woodruff vs Liu et al (CV2003-004024) (iatrogenic radiculopathy) Depostion 2004. Pl: Jeffrey Finley (Cole, Massey & Finley) Def: <u>Jeffrey Gill</u> (Sanders & Parks).

July 2004

Underline= firm retaining JMP

# Nerves of Oral and Pharyngeal Regions

SEE ALSO PLATES 19, 40, 41, 116, 119, 120



Zygomaticotemporal nerve (V₂)
Deep temporal nerves (V₃)
Masseteric nerve (V₃)
Mandibular nerve (V₃)
ve to medial pterygold and
or veli palatini muscles (V₃) (cut)
Zygomaticofacial nerve (V₂)
Maxillary nerve (V₂)
Infraorbital nerve (V₂)
Pterygopalatine ganglion
Greater and lesser
palatine nerves (V₂)
rior, middle and posterior
rior alveolar nerves (V₂)
erve to lateral pterygoid
uscle (V₃) (cut)
Buccal nerve (V₃)
orda tympani nerve (VII)
Lingual nerve (V₃)
ial r      gold muscle (cut)
ira           old removed)
.ferior alveolar
nerve (V₃)
Mental nerve (V₃)
Mylohyoid nerve (V₃)
Submandibular ganglion
Glossopharyngeal nerve (IX)
and tonsillar branch
Hypoglossal nerve (XII)
Carotid sinus nerve (IX) and carotid body
Nerve to thyrohyoid muscle (C1, 2 via XII)
External and internal branches
of superior laryngeal nerve (X)
Ansa cervicalis (C1, 2, 3)      Superior root
Inferior root
Nerves to superior and inferior bellies of omohyoid,
sternohyoid and sternothyroid muscles (ansa cervicalis)
Recurrent laryngeal nerve (X)
Sympathetic trunk and middle cervical ganglion
Common carotid artery
Vertebral artery

Auriculotemporal
nerve (V₃)
Middle meningeal artery
Superficial temporal
artery (cut)
Facial nerve (VII) (cut)
Maxillary artery
Accessory nerve (XI) (cut)
1st cervical nerve
(ventral ramus) (cut)
2nd cervical nerve
(ventral ramus) (cut)
Pharyngeal plexus composed of
branches from glossopharyngeal
(IX), vagus (X) and sympathetic
nerves
Internal carotid artery
External carotid artery
Vagus nerve (X) and superior
cervical cardiac branch
4th cervical nerve
(ventral ramus) (cut)
Phrenic nerve (C3, 4, 5)
Ascending cervical artery
Middle scalene muscle
Anterior scalene muscle
Brachial plexus (cut)
Thyrocervical trunk
Subclavian artery

SEE ALSO PLATES 18, 37, 39, 40, 41, 153



— Efferent fibers
— Afferent fibers
••••• Proprioceptive fibers
••••• Parasympathetic fibers
- - - Sympathetic fibers

Ophthalmic nerve (V₁)
Tentorial (meningeal) branch
Nasociliary nerve
Lacrimal nerve
Sensory root of ciliary ganglion
Frontal nerve
Ciliary ganglion
Posterior ethmoidal nerve
Long ciliary nerve
Short ciliary nerves
Anterior ethmoidal nerve
Supraorbital nerve
Supratrochlear nerve
Infratrochlear nerve
Internal nasal branches and
External nasal branches of anterior ethmoidal nerve

Trigeminal nerve (V) and ganglion
Motor nucleus
Mesencephalic nucleus
Pontine (principal) nuc
Spinal tract and nu

PLATE 116

Statement of Facts
Exhibit 7 - page 21 of 23

Exhibit D
Page 20 of 22

SEE ALSO PLATES 41, 46, 55, 57, 116, 117, 119, 127, 129



Trigeminal (V) (maxillary)
Via superior alveolar nerves
Via pterygopalatine ganglion and greater and lesser palatine nerves

Trigeminal nerve (V)
Glossopharyngeal nerve (IX)
Vagus nerve (X)
Facial nerve (VII)

Facial (VII) (nervus intermedius)
Via greater petrosal nerve, pterygopalatine ganglion and greater and lesser palatine nerves

Glossopharyngeal (IX)
Via pharyngeal plexus
Via tonsillar branches
Taste plus general sensation via lingual branches

Trigeminal (V) (maxillary)
Via pharyngeal branch of pterygopalatine ganglion

Facial (VII) (nervus intermedius)
Via greater petrosal nerve and pterygopalatine ganglion

Trigeminal (V) (maxillary)
Via pterygopalatine ganglion and greater and lesser palatine nerves
Via superior alveolar nerves

Vagus (X)
Via internal branch of superior laryngeal nerve

Glossopharyngeal (IX)
Via pharyngeal plexus
Via tonsillar branches
Taste plus general sensation via lingual branches

Vagus (X) and glosso-pharyngeal (IX)
Via pharyngeal plexus

Vagus (X)
Via internal branch of superior laryngeal nerve

Trigeminal (V) (mandibular)
Via buccal nerve
Via inferior alveolar nerve

Trigeminal (V) (mandibular)
Via lingual nerve

Facial (VII) (nervus intermedius)
Taste via chorda tympani and lingual nerve

*PLATE 56*

**HEAD AND NECK**

Statement of Facts
Exhibit 7 - page 22 of 23

# Autonomic Nerves in Head

SEE ALSO PLATES 39, 40, 41, 81, 115, 126, 127, 128, 152



Greater petrosal nerve
Deep petrosal nerve
Nerve (Vidian) of pterygoid canal
Nasociliary nerve

Trigeminal nerve (V) { Sensory root, Motor root, Ganglion }
Oculomotor nerve (III)
Maxillary nerve (V₂)
Ophthalmic nerve (V₁)

Nasociliary
Sympathetic
Oculomotor } Roots of ciliary ganglion

Internal carotid artery and plexus
Frontal and lacrimal nerves (cut)
Ciliary ganglion

Geniculate ganglion
Long ciliary nerve

Facial nerve (VII)
Short ciliary nerves

Vestibulocochlear nerve (VIII)
Posterior lateral nasal nerves

Glossopharyngeal nerve (IX)

Vagus nerve (X)

Mandibular nerve (V₃)

Otic ganglion

Internal carotid nerve

Chorda tympani nerve

Pterygopalatine ganglion

Superior laryngeal nerve (cut)
Greater and lesser palatine nerves

Superior cervical sympathetic ganglion
Lingual nerve

Internal carotid artery and plexus
Inferior alveolar nerve

Carotid sinus branch of glossopharyngeal nerve
Submandibular ganglion

Carotid sinus

Cervical sympathetic trunk
Pharyngeal plexus

Maxillary artery and plexus
Middle meningeal artery and plexus

Superior cervical cardiac branch of vagus nerve
External carotid artery and plexus
Facial artery and plexus

Common carotid artery and plexus

Superior cervical sympathetic cardiac nerve

Exhibit D
Page 23 of 22