...

Craig Howard, ABA #7911103
Daniel T. Quinn, ABA #8211141
Richmond & Quinn, PC
360 K Street, Suite 200
Anchorage, Alaska  99501-2038
Telephone:  (907) 276-5727
Fax:  (907) 276-2953
choward@richmondquinn.com
dquinn@richmondquinn.com

Daniel P. Struck, Arizona Bar #012377
*(Admitted pro hac vice)*
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7811
dstruck@jshfirm.com

Michael D. Corey, ABA #8511130
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501
Telephone:  (907) 276-6363
Fax:  (907) 276-3528

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Joseph Miller,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Corrections Corporation of America, a/k/a "CCA", a Foreign Corporation Authorized to Do Business in Alaska, d/b/a Central Arizona Detention Center,<br><br>　　　　Defendant. | (Proposed)<br><br>**O R D E R**<br><br>Case No. 3:03-cv-00266 (JWS) |

## **O R D E R**

Defendant having filed a Motion for Summary Judgment on plaintiff's claim of breach of contract and good cause appearing therefore,

IT IS ORDERED that for the reasons set forth therein, defendant's Motion is GRANTED.

Dated: _____    _____
The Honorable John W. Sedwick
Judge of the U.S. District Court

(Proposed) ORDER

Miller v. Corrections Corporation of America,
Case No. 3:03-cv-00266
Page 2

1922164.1

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on May 30, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Joe P. Josephson, Esq.
>Joseph & Associates, P.C.
>912 W. Sixth Avenue
>Anchorage, Alaska 99501
>*Attorneys for Plaintiff Joseph Miller*

    s/Daniel T. Quinn
RICHMOND & QUINN

2282\012\PLD\MTN FOR SUMMARY JUDGMENT (2)(ORDER)