IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH MILLER,<br><br>            Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, a/k/a, "CCA", A Foreign Corporation Authorized to Do Business in Alaska, d/b/a Central Arizona Detention Center,<br><br>            Defendants. | **O R D E R**<br><br>Case No. 3:03-cv-00266(JWS) |

      Upon defendant's Notice of Substitution of Counsel, and good cause appearing therefor,

      IT IS ORDERED that the law firm of Sandberg, Wuestenfeld & Corey is permitted to withdraw as attorneys for defendant, Corrections Corporation of America, a/k/a, "CCA", A Foreign Corporation Authorized to Do Business in Alaska, d/b/a Central Arizona Detention Center, and that the law firm of RICHMOND & QUINN is permitted to substitute as counsel for defendant in the above captioned case.

Dated: May 30, 2008        /s/ John W. Sedwick
                                    Judge of the U.S. District Court