```
Joe P. Josephson, Esq.,
Josephson & Associates, PC
912 West Sixth Avenue
Anchorage, Alaska  99501
(907) 276-0151 [telephone]
(907) 276-0155 [facsimile]

Attorney for Joseph Miller, Plaintiff
```
_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH MILLER,              )<br>                             )<br>            Plaintiff,     )<br>                             )<br>    v.                       )<br>                             )<br>CORRECTIONS CORPORATION      )<br>OF AMERICA,                  )<br>                             )<br>            Defendant.       ) | Case No. 3:03-cv-00266-JWS |

**UNOPPOSED MOTION FOR TEN-DAY EXTENSION OF TIME
<u>WITHIN WHICH PLAINTIFF MAY FILE REPLY TO SUMMARY JUDGMENT</u>**

Comes now Joseph Miller, Plaintiff, by and through Joe P. Josephson, his attorney, hereby moves for an additional ten days, from Friday, June 13th, 2008, to Monday, June 23rd, 2008, within which to file his Reply to defendants Summary Judgment.

Counsel for defendant certifies that Daniel Struck, Esq., the plaintiff's attorney of record herein, has authorized his

PDF created with pdfFactory Pro trial version www.pdffactory.com

counsel to report that the foregoing motion is not opposed by defendant.

DATED this 13th day of June, 2008

__/s/ Joe P. Josephson_____
Joe P. Josephson
Alaska Bar No. 6102018
912 W. 6th Avenue,
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155

*Certificate of Service:*

I certify that on 6/13/08,
I electronically submitted
a true copy of this document
to Daniel Struck, Esq
Jones, Skelton & Hochuli, P.L.C.
and to Daniel T. Quinn, Esq
Richmond & Quinn

__/s/ Joe P. Josephson_____
Joe P. Josephson

PDF created with pdfFactory Pro trial version www.pdffactory.com

Motion for Extension of Time, page 2 of 2 pages

Case 3:03-cv-00266-JWS   Document 81   Filed 06/13/2008   Page 3 of 3

PDF created with pdfFactory Pro trial version www.pdffactory.com