Joe P. Josephson,
Attorney for Plaintiff
912 W. 6th Ave.,
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH MILLER, )<br>)<br>    Plaintiff, )<br>)<br> v. )<br>)<br>CORRECTIONS )<br>CORPORATION OF )<br>AMERICA, )<br>)<br>    Defendant. ) | Case No. 3:03-cv-00266-JWS Civil (JWS) |

**MOTION FOR ACCEPTANCE OF LATE-FILED BRIEF**

Plaintiff, JOSEPH MILLER, by and through his attorney, Joe P. Josephson (Alaska Bar Number 6102018), respectfully moves the Court for acceptance of the late-filed "Plaintiff's Reply to Defendant's Motion for Summary Judgment".

The Reply is submitted today, on Tuesday, June 24, 2008, at approximately 1:55 p.m.  The Reply was due to be filed yesterday, on Monday, June 23, 2008.  Completion of the document by the close of business on June 23, 2008, was not possible and the document refers to and was supplemented by the plaintiff's affidavit of June 24, 2008.  It is submitted that the acceptance

PDF created with pdfFactory Pro trial version www.pdffactory.com

of the Opposition on the day after it was due to be filed will work no prejudice to any party.

DATED June 24, 2008.

Respectfully submitted:

Joe P. Josephson
Attorney for Plaintiff